FILED

2011 DEC -9 PM 12: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY _____

1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   333 South Hope Street, Suite 3900
4  Los Angeles, California 90071
   Telephone: (213) 270-9600
5  Facsimile: (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                     ED CV 11 - 01946 VAP SPx

11  COLLETTE McDONALD,              ) CASE NO.
    individually and on behalf of all )
12  others similarly situated,      )
                                    ) **AIRPORT TERMINAL SERVICES,**
13                                  ) **INC.'S RULE 7.1 DISCLOSURE**
                 Plaintiff,         ) **STATEMENT**
14                                  )
         v.                         )
15                                  )
                                    ) [Riverside County Superior Court Case
16                                  ) No. INC 1108937]
    AIRPORT TERMINAL SERVICES,      )
17  INC., and DOES 1-100, inclusive, ) Complaint Filed: November 2, 2011
                                    )
18               Defendants.        )
                                    )
19

DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT
CASE NO. _____

1 | Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant, Airport Terminal Services, Inc., hereby states that it has no parent corporation or other publicly held corporation that owns ten percent or more of its stock.

Dated: December 9, 2011            SEYFARTH SHAW LLP

By _____
Aaron R. Lubeley
Simon L. Yang
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

---

1

DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT
CASE NO. _____

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 South Hope Street, Suite 3900, Los Angeles, California 90071. On December 9, 2011, I served the within documents:

**AIRPORT TERMINAL SERVICES, INC. 'S RULE 7.1 DISCLOSURE STATEMENT**

☐ I sent such document from facsimile machine (213) 270-9601. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 270-9601 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by e-mailing the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ By electronically by using the Court's ECF/CM System.

Alan Harris, Esq.
David Zelenski, Esq.
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: (323) 962-3777
Fax: (323) 962-3004

John P. Dorigan
Law Offices of John P. Dorigan
82-237 Odlum Drive
Indio, CA 92201
Tel: (760) 342-8074
Fax: (760) 863-5868

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2011, at Los Angeles, California.

*/s/ Elsa J. Terre*
Elsa J. Terre

13992859v.1

DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT
CASE NO. _____