COPY

FILED
2011 DEC -9 PM 12: 44
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY____

1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   333 South Hope Street, Suite 3900
4  Los Angeles, California 90071
   Telephone: (213) 270-9600
5  Facsimile: (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8

9                  UNITED STATES DISTRICT COURT
10                 CENTRAL DISTRICT OF CALIFORNIA

                              ED CV 11 - 01946 VAP SPy

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated, | CASE NO. |
| Plaintiff, | DECLARATION OF RUTHANNE WHITNER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT (28 U.S.C. §§ 1332, 1441) |
| v. | |
| AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive, | [Riverside County Superior Court Case No. INC 1108937] |
| Defendants. | Complaint Filed: November 2, 2011 |

DECLARATION OF RUTHANNE WHITNER ISO DEFENDANT'S NOTICE OF REMOVAL
CASE NO. ____

1  I, Ruthanne Whitner, declare as follows:

2  1.  I am currently employed by Airport Terminal Services, Inc. ("ATS") as a Director of Employee Services. I have been employed as a Director of Employee Services since 2006. My responsibilities require me to be familiar with the operations of ATS. The following facts are within my personal knowledge, and are based upon my personal knowledge of ATS practices and my examination of ATS documents and records. If called as a witness, I could and would testify competently as to all matters set forth herein. I make this declaration in support of ATS's Notice of Removal.

## ATS'S STATE OF INCORPORATION

2.  ATS is now, and was at all relevant times, incorporated under the laws of the State of Missouri.

## ATS'S PRINCIPAL PLACE OF BUSINESS

3.  ATS's headquarters is located at 111 Westport Plaza Drive, Suite 400, St. Louis, Missouri 63146. ATS's corporate officers, including the Chief Executive Office, President, and Vice President of Employee Services, for example, work from this headquarters in St. Louis, Missouri. These individuals comprise ATS's senior management and are responsible for the direction, control, and coordination of ATS's corporate planning and strategy. **None** of ATS's senior management works out of California.

## PLAINTIFF'S RESIDENCE AND DOMICILE

4.  I have reviewed employment records from Plaintiff Collette McDonald's employment with ATS. Plaintiff's residence, as indicated by non-redacted versions of Plaintiff's wage statements, is 401 S. El Cielo Rd. #36, Palm Springs, California 92262. Plaintiff has also provided that address for purposes of her personnel file, payroll checks, state payroll, and tax withholdings.

---

1

DECLARATION OF RUTHANNE WHITNER ISO DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____

## PLAINTIFF'S EMPLOYMENT WITH ATS

5. Plaintiff generally has been scheduled to work five days per week throughout her employment with ATS.

6. Plaintiff seeks to represent "[a]ll persons employed by ATS in California and commonly referred to as Agents, Lead Agents, Supervisor Agents, Ramp Agents, Ramp Leads, Ramp Supervisors, Cargo Agents, Cargo Leads, Cargo Supervisors, Passenger Service Agents, Passenger Service Leads, Passenger Service Supervisors, Station Agents, Lead Station Agents, Supervisor Station Agents, Cabin Grooming Agents, Lead Cabin Grooming Agents, and Supervising Cabin Grooming Agents [since] October 12, 2007." There are at least 864 persons that ATS has employed in the aforementioned positions since November 2, 2007.

7. ATS uses weekly pay periods. Since November 2, 2010, there have been at least 56 pay periods.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on this 8th day of December, 2011, at St. Louis, Missouri.

RUTHANNE WHITNER

2
DECLARATION OF RUTHANNE WHITNER ISO DEFENDANT'S NOTICE OF REMOVAL
CASE NO. _____

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On December 9, 2011, I served the within documents:

**DECLARATION OF RUTHANNE WHITNER IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT (28 U.S.C. §§ 1332, 1441)**

☐ I sent such document from facsimile machine (213) 270-9601. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ electronically by using the Court's ECF/CM System.

Alan Harris, Esq.
David Zelenski, Esq.
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: (323) 962-3777
Fax: (323) 962-3004

John P. Dorigan
Law Offices of John P. Dorigan
82-237 Odlum Drive
Indio, CA 92201
Tel: (760) 342-8074
Fax: (760) 863-5868

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2011, at Los Angeles, California.

*/s/ Elsa J. Terre*
Elsa J. Terre

DECLARATION OF RUTHANNE WHITNER ISO DEFENDANT'S NOTICE OF REMOVAL
CASE NO. ____