SEYFARTH SHAW LLP
Aaron R. Lubeley (SBN 199837)
alubeley@seyfarth.com
Simon L. Yang (SBN 260286)
syang@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. EDCV 11-1946 VAP (SPx)<br><br>**NOTICE OF COMPLIANCE WITH 28 U.S.C. §1446(d)**<br><br>Complaint Filed: November 2, 2011 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF, COLLETTE McDONALD, AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 9, 2011, Defendant, Airport Terminal Services, Inc., filed with the Superior Court in the State of California, County of Riverside, its Notice to the State Court of Removal of the above-captioned action and notified Plaintiff of the removal, in compliance with 28 U.S.C. Section 1446(d). A true and correct copy of the Notice to State Court and to Adverse Party of Removal to Federal Court is attached hereto, without exhibits, as Exhibit A.

Dated: December 16, 2011         SEYFARTH SHAW LLP


                                 By   /s/ Simon L. Yang
                                      Simon L. Yang
                                 Attorneys for Defendant
                                 AIRPORT TERMINAL SERVICES, INC.

# EXHIBIT A

```
 1   SEYFARTH SHAW LLP
     Aaron R. Lubeley (State Bar No. 199837)
 2   Simon L. Yang (State Bar No. 260286)
     333 South Hope Street, Suite 3900
 3   Los Angeles, California 90071
     Telephone:    (213) 270-9600
 4   Facsimile:    (213) 270-9601
 5
     Attorneys for Defendant
 6   AIRPORT TERMINAL SERVICES, INC.
 7
 8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9                     FOR THE COUNTY OF RIVERSIDE
10
11   COLLETTE McDONALD, individually and on      Case No. INC 1108937
     behalf of all others similarly situated,
12                                               [Class Action]
13            Plaintiff,                         NOTICE TO STATE COURT AND TO
                                                 ADVERSE PARTY OF REMOVAL TO
14        v.                                     FEDERAL COURT
15
     AIRPORT TERMINAL SERVICES, INC., and
16   DOES 1-100, inclusive,                      Complaint Filed:   November 2, 2011
                                                 Discovery Cutoff:  Not set
17            Defendants.                        Trial Date:        Not set
```

[Electronic Signature – Civil Code 1633.7]

RECEIVED DEC 0 9 2011 By C. LUNA

13992801v.1

NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

TO THE CLERK OF THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE, AND TO PLAINTIFF, COLLETTE McDONALD, AND HER ATTORNEYS OF RECORD:

    **PLEASE TAKE NOTICE** that on December 9, 2011, Defendant, Airport Terminal Services, Inc., filed with the United States District Court for the Central District of California a Notice of Removal of the above-captioned action from the Superior Court of the State of California for the County of Riverside. A true and correct copy of that Notice of Removal without exhibits is attached hereto as Exhibit "A."

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. section 1446, the filing of the Notice of Removal in the United States District Court effectuates the removal of this action. Accordingly, no further proceedings should take place in this Court unless and until the case has been remanded.

DATED: December 9, 2011

**SEYFARTH SHAW LLP**

By: _____
AARON R. LUBELEY
SIMON L. YANG
Attorneys for Defendant
AIRPORT TERMINAL SERVICES, INC.

13992801v.1

1

**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On December 9, 2011, I served the within documents:

**NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

☐ I sent such document from facsimile machine (213) 270-9601. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☐ electronically by using the Court's ECF/CM System.

Alan Harris, Esq.
David Zelenski, Esq.
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: (323) 962-3777
Fax: (323) 962-3004

John P. Dorigan
Law Offices of John P. Dorigan
82-237 Odlum Drive
Indio, CA 92201
Tel: (760) 342-8074
Fax: (760) 863-5868

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 9, 2011, at Los Angeles, California.

_____
Elsa J. Terre

13992801v.1

NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

## PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 333 South Hope Street, Suite 3900, Los Angeles, California 90071. On December 16, 2011, I served the within documents:

### NOTICE OF COMPLIANCE WITH 28 U.S.C. §1446(D)

☐ I sent such document from facsimile machine (213) 270-9601. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (213) 270-9601 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by e-mailing the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ By electronically by using the Court's ECF/CM System.

Alan Harris, Esq.
David Zelenski, Esq.
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, CA 90038
Tel: (323) 962-3777
Fax: (323) 962-3004

John P. Dorigan
Law Offices of John P. Dorigan
82-237 Odlum Drive
Indio, CA 92201
Tel: (760) 342-8074
Fax: (760) 863-5868

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 16, 2011, at Los Angeles, California.

_____
Elsa J. Terre