## Dave Zelenski

| | |
|---|---|
| **From:** | Dave Zelenski |
| **Sent:** | Wednesday, December 21, 2011 7:46 AM |
| **To:** | alubeley@seyfarth.com |
| **Cc:** | syang@seyfarth.com; Alan Harris |
| **Subject:** | McDonald v. ATS: Mot. to Strike Follow-Up |
| | |
| **AmicusFileIds:** | 1850 |
| **AmicusFileName:** | ATS ads. McDonald (Palm Springs) |
| **AmicusId:** | 191058 |
| **AmicusStatus:** | Saved |

Aaron, it was good talking to you yesterday. Yesterday, you said that you would be sending us correspondence outlining your position relating to Plaintiff's proposed Motion to Strike. As I'm out if town, it would be helpful if you could e-mail the letter to us so that I could review it while I'm away. Thanks, Aaron. Happy holidays.

Dave Zelenski

Sent from my iPhone