Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>  Defendants. | Case No. CV 11-01946 VAP (SPx)<br><br>**STIPULATION CONTINUING HEARING ON MOTION TO STRIKE DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S ANSWER TO PLAINTIFF COLLETTE McDONALD'S COMPLAINT, *ET AL.*, PENDING EARLY SETTLEMENT DISCUSSIONS**<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Current Hearing Date: January 30, 2012<br>Current Hearing Time: 2:00 p.m.<br>Courtroom: 2<br><br>New Hearing Date: March 5, 2012<br>New Hearing Time: 2:00 p.m.<br>Courtroom: 2 |

1
STIPULATION CONTINUING HEARING ON MOT. TO STRIKE DEF.'S ANS., *ET AL.*

1  **WHEREAS**, Plaintiff Collette McDonald commenced the above-captioned
2  putative class action in Riverside County Superior Court on November 2, 2011;
3  **WHEREAS**, on December 8, 2011, Defendant Airport Terminal Services, Inc.
4  ("ATS") filed an Answer to Plaintiff's Complaint;
5  **WHEREAS**, on December 9, 2011, ATS removed Plaintiff's action to the above-
6  captioned Court;
7  **WHEREAS**, on December 29, 2011, Plaintiff filed a Notice of Motion to Strike
8  ATS's Answer to the Complaint;
9  **WHEREAS**, ATS's Opposition to Plaintiff's Motion to Strike is presently due on
10 January 9, 2011, and Plaintiff's Reply to ATS's Opposition is presently due on January
11 13, 2011;
12 **WHEREAS**, Plaintiff's counsel and ATS's counsel have been continuing the
13 meet-and-confer process in an effort to resolve Plaintiff's Motion to Strike without
14 formal action by the Court;
15 **WHEREAS**, the parties are simultaneously exploring the possibility of promptly
16 settling or resolving the case;
17 **WHEREAS**, in order to economize the Court and parties' time and expense
18 pending the possible early resolution of this action, the parties agree that the hearing on
19 Plaintiff's Motion to Strike should be continued 35 days from January 30, 2012, to March
20 5, 2012;
21 **WHEREAS**, the parties further agree that all pending deadlines, including the
22 class-certification deadline specified by Central District Local Rule 23-3, be continued
23 for 35 days pending the parties' early-settlement exploration;
24 **WHEREFORE, IT IS HEREBY STIPULATED** between the parties, through
25 their respective counsel of record, that the hearing on Plaintiff's Motion to Strike be
26 continued to March 5, 2011, so that the parties can continue exploring the possible early
27 resolution of this action. If the parties are unable to resolve the case and given the new
28 hearing date, the parties agree that the deadline for ATS to file an Opposition to

Plaintiff's Motion to Strike will be February 13, 2012, and that the deadline for Plaintiff to file a Reply to ATS's Opposition to Plaintiff's Motion to Strike will be February 20, 2012.

**IT IS FURTHER STIPULATED** between the parties, through their respective counsel of record, that the class-certification deadline specified by Central District Local Rule 23-3 will be continued for 35 days pending the parties' exploration of early settlement.

DATED: January 5, 2012

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

/s/
Alan Harris
David Zelenski
John P. Dorigan
*Attorneys for Plaintiff*

DATED: January 5, 2012

SEYFARTH SHAW LLP

/s/
Aaron R. Lubeley
Simon L. Yang
*Attorneys for Defendant*