Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**AMENDED NOTICE OF MOTION TO STRIKE DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S ANSWER TO PLAINTIFF COLLETTE McDONALD'S UNVERIFIED COMPLAINT FOR DAMAGES**<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Date: March 5, 2012<br>Time: 2:00 p.m.<br>Courtroom: 2 |

1   **PLEASE TAKE NOTICE** that Plaintiff hereby re-notices his Motion to Strike, originally scheduled to be heard at 2:00 p.m. on January 30, 2012, in Courtroom 2 of the above-entitled Court located at 3470 Twelfth Street, Riverside, California 92501, for 2:00 p.m. on March 5, 2012, in Courtroom 2 of the above-entitled Court located at 3470 Twelfth Street, Riverside, California 92501.  Plaintiff is re-noticing the Motion for March 5, 2012, so that the parties can economize on litigation expenses while engaging in early settlement discussions pursuant to Rule 26 of the Federal Rules of Civil Procedure.

The Motion will be made and based upon this Amended Notice; the Memorandum of Points and Authorities filed with the original Notice on December 29, 2011; the Declaration of David Zelenski filed with the original Notice on December 29, 2011; all of the pleadings, papers, and documents contained in the file of the within action; and such further evidence or argument as may be presented in support at or before the determination of the Motion.

DATED:  January 9, 2012

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN
/s/
Alan Harris
David Zelenski
John P. Dorigan
*Attorneys for Plaintiff*