Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**ORDER CONTINUING HEARING ON MOTION TO STRIKE DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S ANSWER TO PLAINTIFF COLLETTE McDONALD'S COMPLAINT,** *ET AL.***, PENDING EARLY SETTLEMENT DISCUSSIONS**<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Current Hearing Date: January 30, 2012<br>Current Hearing Time: 2:00 p.m.<br>Courtroom: 2<br><br>New Hearing Date: March 5, 2012<br>New Hearing Time: 2:00 p.m.<br>Courtroom: 2 |

Having considered the Stipulation Continuing Hearing on Motion to Strike Defendant Airport Terminal Services, Inc.'s ("ATS") Answer to Plaintiff Collette McDonald's Complaint, *et al.*, Pending Early Settlement Discussions, and good cause appearing, the Court **ORDERS** as follows:

1. The hearing on Plaintiff's Motion to Strike is continued to March 5, 2012. ATS's Opposition to Plaintiff's Motion is due by February 13, 2012; Plaintiff's Reply to ATS's Opposition is due by February 20, 2012.

2. The class-certification deadline specified by Central District Local Rule 23-3 is continued for 35 days to facilitate the parties' exploration of early settlement.

**IT IS SO ORDERED.**

DATED: January 09, 2012

_____
Hon. Virginia A. Phillips
*DISTRICT COURT JUDGE*