Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone:  (760) 342-8074
Facsimile:  (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 11-01946 VAP (SPx)<br><br>**STIPULATION TAKING MOTION TO STRIKE DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S ANSWER TO PLAINTIFF COLLETTE McDONALD'S COMPLAINT OFF CALENDAR, *ET AL.*, PENDING EARLY SETTLEMENT DISCUSSIONS**<br><br>*Assigned to Hon. Virginia A. Phillips* |

1 **WHEREAS**, Plaintiff Collette McDonald commenced the above-captioned putative class action in Riverside County Superior Court on November 2, 2011;

**WHEREAS**, on December 8, 2011, Defendant Airport Terminal Services, Inc. ("ATS") filed an Answer to Plaintiff's Complaint;

**WHEREAS**, on December 9, 2011, ATS removed Plaintiff's action to the above-captioned Court;

**WHEREAS**, on December 29, 2011, Plaintiff filed a Notice of Motion to Strike ATS's Answer to the Complaint;

**WHEREAS**, ATS's Opposition to Plaintiff's Motion to Strike was originally due on January 9, 2011, and Plaintiff's Reply to ATS's Opposition was originally due on January 16, 2011;

**WHEREAS**, Plaintiff's counsel and ATS's counsel have been meeting and conferring in an effort to resolve Plaintiff's Motion to Strike without formal action by the Court;

**WHEREAS**, in order to economize the Court's and the parties' time and expense pending the possible early resolution of this action, the parties stipulated on January 5, 2012, to continuing the hearing on Plaintiff's Motion to Strike to March 5, 2012;

**WHEREAS**, the parties further stipulated on January 5, 2012, that all pending deadlines, including the class-certification deadline specified by Central District Local Rule 23-3, be continued for thirty-five days pending the parties' early-settlement exploration;

**WHEREAS**, on January 9, 2012, the Court entered an Order approving the Stipulation, continuing the hearing on Plaintiff's Motion to Strike to March 5, 2012, and continuing the class-certification deadline in Local Rule 23-3 for thirty-five days;

**WHEREAS**, pursuant to the Court's January 9, 2012, Order, the current deadline for ATS to file its Opposition to the Motion to Strike is February 13, 2012, and the current deadline for Plaintiff to file her Reply to the Opposition is February 20, 2012;

**WHEREAS**, Plaintiff's counsel and ATS's counsel are also exploring the

possibility of resolving the case;

**WHEREAS**, in order to further economize the Court's and the parties' time and expense pending the possible early resolution of this action, the parties agree to take Plaintiff's Motion to Strike off calendar;

**WHEREAS**, in order to further economize the Court's and the parties' time and expense pending the possible early resolution of this action, the parties agree that Plaintiff's Motion to Strike may be re-filed by March 12, 2012, if necessary, and that ATS will not challenge the timeliness, pursuant to Rule 12 of the Federal Rules of Civil Procedure, of any Motion to Strike filed by March 12, 2012;

**WHEREAS**, in order to further economize the Court's and the parties' time and expense pending the possible early resolution of this action, the parties also agree to further toll the time period specified by Central District Local Rule 23-3 by an additional 60 days;

**WHEREAS**, in order to further economize the Court's and the parties' time and expense pending the possible early resolution of this action, the parties also agree to toll by 60 days both (a) the statute of limitations for a civil-penalties cause of action under section 2698 *et seq.* of the California Labor Code and (b) the time periods specified in section 2699.3 of the Labor Code regarding amending the Complaint to add a civil-penalties claim;

/ / / / /

1  **WHEREFORE, IT IS HEREBY STIPULATED** between the parties, through their respective counsel of record, that Plaintiff's Motion to Strike is now off calendar. Plaintiff may re-file this Motion by March 12, 2012, if necessary, and ATS will not challenge the timeliness, pursuant to Rule 12 of the Federal Rules of Civil Procedure, of any Motion to Strike filed by March 12, 2012;

**IT IS FURTHER STIPULATED** between the parties, through their respective counsel of record, that the class-certification deadline specified by Central District of California Local Rule 23-3 is tolled for an additional 60 days pending the parties' exploration of early settlement;

**IT IS FURTHER STIPULATED** between the parties, through their respective counsel of record, that both (a) the statute of limitations for a civil-penalties cause of action under section 2698 *et seq.* of the California Labor Code for the violations alleged in the Complaint and (b) the time limits specified in section 2699.3 of the Labor Code regarding amending the Complaint to add such a cause of action are also tolled by 60 days.

DATED: February 8, 2012        HARRIS & RUBLE
                               LAW OFFICES OF JOHN P. DORIGAN

                                   /s/ David Zelenski
                               _____
                               Alan Harris
                               David Zelenski
                               John P. Dorigan
                               *Attorneys for Plaintiff*


DATED: February 8, 2012        SEYFARTH SHAW LLP

                                   /s/ Simon L. Yang
                               _____
                               Aaron R. Lubeley
                               Simon L. Yang
                               *Attorneys for Defendant*

STIPULATION TAKING MOT. TO STRIKE DEF.'S ANS. OFF CALENDAR, *ET AL.*