Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. CV 11-01946 VAP (SPx)<br><br>**ORDER REGARDING STIPULATION TAKING MOTION TO STRIKE DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S ANSWER TO PLAINTIFF COLLETTE McDONALD'S COMPLAINT OFF CALENDAR,** *ET AL.***, PENDING EARLY SETTLEMENT DISCUSSIONS**<br><br>*Assigned to Hon. Virginia A. Phillips* |

Having considered the Stipulation Taking Motion to Strike Defendant Airport Terminal Services, Inc.'s ("ATS") Answer to Plaintiff Collette McDonald's Complaint Off Calendar, *et al.*, Pending Early Settlement Discussions, and good cause appearing, the Court **ORDERS** as follows:

1. Plaintiff's Motion to Strike, currently set to be heard on March 5, 2011, is now off calendar. Plaintiff may re-file this Motion by March 12, 2012, if necessary, and ATS will not challenge the timeliness, pursuant to Rule 12 of the Federal Rules of Civil Procedure, of any Motion to Strike filed by March 12, 2012;

2. The class-certification deadline specified by Central District Local Rule 23-3 is tolled for an additional 60 days to facilitate the parties' exploration of early settlement.

3. Both (a) the statute of limitations for a civil-penalties cause of action under section 2698 *et seq.* of the California Labor Code for the violations alleged in the Complaint and (b) the time limits specified by section 2699.3 of the Labor Code regarding amending the Complaint to add such a cause of action are tolled for 60 days to facilitate the parties' exploration of early settlement.

**IT IS SO ORDERED.**

DATED:   February 10, 2012

                                        Hon. Virginia A. Phillips
                                        *DISTRICT COURT JUDGE*