Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**STIPULATION RE FILING OF FIRST AMENDED COMPLAINT AND TO EXTEND TIME TO RESPOND THERETO BY NOT MORE THAN THIRTY DAYS**<br><br>*Assigned to Hon. Virginia A. Phillips* |

**WHEREAS**, Plaintiff Collette McDonald commenced the above-captioned putative class action in Riverside County Superior Court on November 2, 2011;

**WHEREAS**, on December 8, 2011, Defendant Airport Terminal Services, Inc. ("ATS") filed an Answer to Plaintiff's Complaint;

**WHEREAS**, on December 9, 2011, ATS removed Plaintiff's action to the above-captioned Court;

**WHEREAS**, on December 29, 2011, Plaintiff filed a Motion to Strike ATS's Answer to the Complaint;

**WHEREAS**, on February 10, 2012, the Court entered an Order taking the Motion to Strike off calendar and permitting Plaintiff to re-file the Motion on or before March 12, 2012;

**WHEREAS**, the Motion to Strike ATS's Answer will be mooted by Plaintiff's amending the Complaint, which Plaintiff intends to do in order to add a civil-penalties claim for the violations alleged within the Complaint;

**WHEREAS**, the parties are continuing their attempts at early resolution and, in that regard, are seeking to schedule a mediation by April 13, 2012;

**WHEREFORE, IT IS HEREBY STIPULATED** between the parties, through their respective counsel of record, that Plaintiff may file the First Amended Complaint attached hereto as Exhibit 1 (and for which a red-line comparing it to the current operative Complaint is attached as Exhibit 2) during the week of April 15, 2012, if the action is not resolved informally by the parties;

/ / / / /

**IT IS FURTHER STIPULATED** between the parties, through their respective counsel of record, that, in order to economize the Court's and the parties' time and expense pending the possible early resolution of this action, the time for ATS to respond to the First Amended Complaint will be extended by 30 days.

DATED: March 12, 2012                   HARRIS & RUBLE
                                        LAW OFFICES OF JOHN P. DORIGAN

                                        _____/s/ David Zelenski_____
                                        Alan Harris
                                        David Zelenski
                                        John P. Dorigan
                                        *Attorneys for Plaintiff*

DATED: March 12, 2012                   SEYFARTH SHAW LLP

                                        _____/s/ Simon Yang_____
                                        Aaron R. Lubeley
                                        Simon L. Yang
                                        *Attorneys for Defendant*