Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**FURTHER STIPULATION RE DEADLINES IN LIGHT OF PARTIES' CONTINUED ATTEMPTS AT EARLY RESOLUTION**<br><br>*Assigned to Hon. Virginia A. Phillips* |

**WHEREAS**, Plaintiff Collette McDonald and Defendant Airport Terminal Services, Inc. are continuing to pursue informal resolution of the above-captioned putative class action;

**WHEREAS**, the parties have been engaging in informal fact discovery and discussion of legal positions, have exchanged settlement demands and counteroffers, and believe in good-faith that a mediation may assist in resolving all claims;

**WHEREFORE, IT IS HEREBY STIPULATED** between the parties, through

their respective counsel of record, that Plaintiff may amend her Complaint by June 18, 2012, if this action has not been resolved by the parties at that point, by filing a First Amended Complaint, as attached hereto as Exhibit 1.

**IT IS FURTHER STIPULATED** between the parties, through their respective counsel of record, that ATS will have thirty days from the date the amended complaint is filed to respond thereto.

**IT IS FURTHER STIPULATED** between the parties, through their respective counsel of record, that the time for Plaintiff to file a motion for class certification is extended to October 16, 2012.  The parties agree that the motion for class certification will be filed and noticed in a manner that provides Defendant 21 days to oppose the motion for class certification and thereafter provides Plaintiff 14 days to reply in support of the motion for class certification.

| | |
|---|---|
| DATED:  April 19, 2012 | HARRIS & RUBLE<br>LAW OFFICES OF JOHN P. DORIGAN<br>　　/s/ David Zelenski [1]<br>Alan Harris<br>David Zelenski<br>John P. Dorigan<br>*Attorneys for Plaintiff* |
| DATED:  April 19, 2012 | SEYFARTH SHAW LLP<br>　　/s/ Simon Yang<br>Aaron R. Lubeley<br>Simon L. Yang<br>*Attorneys for Defendant* |

---

[1] I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.