Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**ORDER GRANTING FURTHER STIPULATION RE DEADLINES IN LIGHT OF PARTIES' CONTINUED ATTEMPTS AT EARLY RESOLUTION**<br><br>*Assigned to Hon. Virginia A. Phillips* |

Having considered the Further Stipulation re Deadlines in Light of Parties' Continued Attempts at Early Resolution, and good cause appearing, the Court **ORDERS** as follows:

1. Plaintiff Collette McDonald may file an amended complaint by June 18, 2012, by filing a First Amended Complaint, as attached to the Stipulation as Exhibit 1.

2. Defendant Airport Terminal Services, Inc. will have thirty days from the date that the amended complaint is filed to respond thereto.

3. The time for Plaintiff to file a motion for class certification is extended to October 16, 2012.  The motion for class certification will be filed and noticed in a manner that provides Defendant 21 days to oppose the motion for class certification and thereafter provides Plaintiff 14 days to reply in support of the motion for class certification.

**IT IS SO ORDERED.**

DATED: May 1, 2012

_____
Honorable Virginia A. Phillips
United States District Judge