Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone:  (760) 342-8074
Facsimile:  (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

Aaron R. Lubeley (SBN 199837)
Simon L. Yang (SBN 260286)
SEYFARTH SHAW LLP
333 South Hope Street, Suite 3900
Los Angeles, CA 90071-1406
Telephone:  (213) 270-9600
Facsimile:  (213) 270-9601
alubeley@seyfarth.com
syang@seyfarth.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive, <br><br> Defendants. | Case No. EDCV 11-01946 VAP (SPx) <br><br> **STIPULATION RE DEADLINES IN LIGHT OF PARTIES' SCHEDULED MEDIATION** <br><br> *Assigned to Hon. Virginia A. Phillips* |

1  **WHEREAS**, Plaintiff Collette McDonald and Defendant Airport Terminal Services, Inc. are continuing to pursue informal resolution of the above-captioned putative class action;

4  **WHEREAS**, the parties have been engaging in informal fact discovery and discussion of their respective legal positions, they have exchanged settlement demands and counteroffers, and they believe in good-faith that a mediation may assist in resolving all claims;

8  **WHEREAS**, the parties jointly have agreed upon a mediator and jointly have agreed to mediate this matter in August 2012;

10  **WHEREAS**, the resolution of this case via mediation would eliminate the need for Plaintiff to file a First Amended Complaint, Defendant to file a responsive pleading, and the Court to resolve any motions regarding the pleadings; and

13  **WHEREAS**, the parties previously jointly stipulated—and the Court entered an Order thereon—to permit Plaintiff to file a First Amended Complaint by June 18, 2012.

/ / / / /

1 | **WHEREFORE, IT IS HEREBY STIPULATED** between the parties, through their respective counsel of record, that Plaintiff's deadline to file the First Amended Complaint, attached hereto as Exhibit A, will be extended through and including September 10, 2012, if mediation does not resolve this matter by September 10, 2012.

**IT IS FURTHER STIPULATED** between the parties, through their respective counsel of record, that Defendant will have thirty days from the date the First Amended Complaint is filed to respond thereto.

DATED: June 18, 2012              HARRIS & RUBLE
                                  LAW OFFICES OF JOHN P. DORIGAN

                                  /s/ David Zelenski[1]
                                  _____
                                  Alan Harris
                                  David Zelenski
                                  John P. Dorigan
                                  *Attorneys for Plaintiff*

DATED: June 18, 2012              SEYFARTH SHAW LLP

                                  /s/ Simon L. Yang
                                  _____
                                  Aaron R. Lubeley
                                  Simon L. Yang
                                  *Attorneys for Defendant*

---

[1] I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.