Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
82-237 Odlum Drive
Indio, California 92201
Telephone: (760) 342-8074
Facsimile: (760) 863-5868
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**NOTICE OF TENTATIVE SETTLEMENT**<br><br>*Assigned to Hon. Virginia A. Phillips* |

1   **TO THE COURT: PLEASE TAKE NOTICE** that Plaintiff Collette McDonald
2   and Defendant Airport Terminal Services, Inc. have reached a settlement in principal of
3   the pending claims in the above-captioned matter. It is the parties' intent to have a
4   settlement agreement executed by November 15, 2012, after which Plaintiff will file with
5   the Court a motion for preliminary approval.

7   DATED: October 25, 2012                    HARRIS & RUBLE
                                                LAW OFFICES OF JOHN P. DORIGAN

                                                    /s/ *David Zelenski*
                                                Alan Harris
                                                David Zelenski
                                                John P. Dorigan
                                                *Attorneys for Plaintiff*