**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-1946VAP(SPx)                                Date: May 2, 2013

Title:   COLLETTE McDONALD, individually and on behalf of all others similarly situated -v- AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive
================================================================
PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                        None Present
    Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

    None                                                 None

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On December 9, 2011, Defendant Airport Terminal Services, Inc. filed a Notice of Removal (Doc. No. 1), removing an action that was filed by Plaintiff Collette McDonald in the Superior Court of the State of California for the County of Riverside.

    On October 25, 2012, Plaintiff filed a Notice of Tentative Settlement, in which the Plaintiff stated the parties' intent to execute a settlement agreement by November 15, 2012 and file a motion for preliminary approval with the Court thereafter (Doc. No. 21).

    Since then, no activity has occurred in this case. The Court orders Plaintiff to show cause, in writing, no later than May 13, 2013, why this matter should not be

**EDCV 11-1946VAP(SPx)**
**COLLETTE McDONALD, individually and on behalf of all others similarly situated v. AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive**
**MINUTE ORDER of May 2, 2013**

dismissed without prejudice for failure to prosecute. Failure to respond timely, in writing, will result in the dismissal of Plaintiff's action against Defendants.

   **IT IS SO ORDERED.**