Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone:  (760) 564-3804
Facsimile:  (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>*Assigned to Hon. Virginia A. Phillips* |

On May 2, 2013, the Court issued an Order to show cause as to the possible dismissal of the above-captioned wage-and-hour putative class action. The Court directed Plaintiff's counsel to respond to the Order in writing by May 13, 2013. Plaintiff's counsel hereby respond as follows.

In September 2012, the parties participated in a private mediation before Lynn Frank, an experienced wage-and-hour mediator. As a result of that mediation, the parties executed a short-form Memorandum of Understanding committing themselves to a settlement of Plaintiff's class-wide claims. Thereafter, on October 25, 2012, Plaintiff's counsel filed a Notice apprising the Court that a settlement had been reached. Since that time, Plaintiff's counsel and Defendant's counsel have been actively engaged in negotiating a long-form Settlement Agreement and General Release ("Settlement Agreement"). Although Plaintiff and her counsel have both executed a version of the Settlement Agreement as revised by Defendant, neither Defendant nor its counsel have yet executed it. It is Plaintiff's counsel's intention to file a motion for preliminary approval of the Settlement Agreement as soon as Defendant and its counsel execute the Settlement Agreement.

Dated: May 10, 2013

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

   /s/ *David Zelenski*

Alan Harris
David Zelenski
John P. Dorigan
*Attorneys for Plaintiff*