Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone:  (760) 564-3804
Facsimile:  (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**NOTICE OF EXECUTION OF LONG-FORM SETTLEMENT AGREEMENT**<br><br>*Assigned to Hon. Virginia A. Phillips* |

On May 10, 2013, Plaintiff Collette McDonald notified the Court that she and Defendant Airport Terminal Services, Inc. ("ATS") had been negotiating the terms of a long-form Settlement Agreement and General Release ("Settlement Agreement") based on the outcome of a private mediation of Plaintiff's class-wide claims.  Plaintiff also informed the Court that, although she and her counsel had executed the Settlement Agreement, Defendant and its counsel had not.  Plaintiff apprised the Court that she would file a motion for preliminary approval of the settlement after her receipt of a fully executed Settlement Agreement.

This afternoon, Defendant's counsel provided Plaintiff's counsel with a fully executed version of the Settlement Agreement.  Plaintiff's counsel will therefore file her motion for preliminary approval within three court days, *i.e.*, by Monday, May 20, 2013.

Dated:  May 15, 2013

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

　　　　/s/ *David Zelenski*
Alan Harris
David Zelenski
John P. Dorigan
*Attorneys for Plaintiff*