# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 11-01946 VAP (SPx)                          Date:  May 16, 2013

Title:        COLLETTE McDONALD, individually and on behalf of all others similarly situated -v- AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard                                    None Present
Courtroom Deputy                                 Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                          DEFENDANTS:

None                                 None

PROCEEDINGS:        MINUTE ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE (DOC NO.  23) (IN CHAMBERS)

    On May 2, 2013, the Court issued an Order to Show Cause ("OSC"), no later than May 13, 2013, why the matter should not be dismissed without prejudice for failure to prosecute.  (See Doc. No. 22.)

    On May 10, 2013, Plaintiff filed a response, in which she stated that both parties have been negotiating a long-form Settlement Agreement and General Release, and that Plaintiff was awaiting Defendants' version of the Settlement Agreement.  Plaintiff also stated her intention to file a motion for preliminary approval as soon as Defendants' version of the agreement is executed.

MINUTES FORM 11                            Initials of Deputy Clerk ___md___
CIVIL -- GEN                        Page 1

**EDCV 11-01946 VAP (SPx)**
**COLLETTE McDONALD, individually and on behalf of all others similarly situated -v- AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive**
**MINUTE ORDER of May 16, 2013**

In light of Plaintiff's response, the Court extends the deadline to respond to the OSC, in writing, to May 28, 2013.  Failure to respond timely to the OSC will result in the dismissal of this action.

**IT IS SO ORDERED.**

MINUTES FORM 11                                Initials of Deputy Clerk ___md___
CIVIL -- GEN                        Page 2