Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone:  (760) 564-3804
Facsimile:  (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>　　　　　　Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Date:  June 24, 2013<br>Time:  2:00 p.m.<br>Courtroom:  2 |

On June 24, 2013, Plaintiff Collette McDonald, on behalf of herself and those similarly situated, applied to the Court for preliminary approval of a class-wide Settlement Agreement and General Release ("Settlement Agreement") reached in the above-captioned action, as well as for conditional certification of the Settlement Class defined in the Settlement Agreement.[1]  Having read and considered the Settlement Agreement, having considered the proposed methods of notification to the Class, having reviewed the moving papers, and good cause appearing, the Court finds as follows:

1. For the reasons stated on the record during the June 24, 2013, hearing, the Settlement Class conditionally certified below meets the numerosity, commonality, typicality, and adequacy requirements of Rule 23(a), as well as the predominance requirement of Rule 23(b).

2. For the reasons stated on the record during the June 24, 2013, hearing, the Settlement Agreement, embodying the terms and conditions of a settlement reached between the parties—as supervised by private Mediator Lynn Frank—falls within the range of possible final approval as fair, adequate, and reasonable.

3. For the reasons stated on the record during the June 24, 2013, hearing, the Settlement Agreement merits submission to the Class for consideration pursuant to Rule 23 of the Federal Rules of Civil Procedure.

4. For the reasons stated on the record during the June 24, 2013, hearing, the proposed form of Class Notice is adequate; its proposed method of delivery to the Settlement Class constitutes the best notice practicable of the hearing for final approval of the Settlement Agreement, of the terms of the Settlement Agreement, of the amount to be requested for attorney's fees and costs, and of the other matters set forth in the Class Notice; it constitutes valid, due, and sufficient notice to all persons in the proposed Class; and it complies fully with the requirements of Rule 23 of the Federal Rules of Civil

---

[1] Unless otherwise noted, capitalized terms herein have the meaning used in the Settlement Agreement, attached as Exhibit 1 to the May 23, 2013, Declaration of Alan Harris.

Procedure, the Constitution of the United States, and all other applicable laws.

Accordingly, **IT IS HEREBY ORDERED** that:

5. For the purpose of implementing and enforcing the proposed Settlement Agreement, pursuant to Rule 23 of the Federal Rules of Civil Procedure, the following Settlement Class is conditionally certified:

> All non-exempt employees who were employed by Defendant Airport Terminal Services, Inc. within California from November 2, 2007, through the date of this Order.

6. The Class Notice and claim form in the templates attached as Exhibit 2 to the May 20, 2013, Declaration of Alan Harris are approved for delivery to Settlement Class members.

7. Alan Harris and David Zelenski of Harris & Ruble, and John P. Dorigan of the Law Offices of John P. Dorigan, are conditionally appointed as Class Counsel.

8. Plaintiff Collette McDonald is conditionally certified as the representative Plaintiff.

9. A final approval hearing shall be held before this Court at _____ p.m. on the ___ day of _____, 2013, at the U.S. District Court for the Central District of California, 3470 Twelfth Street, Riverside, California 92501. At the final approval hearing, the Court will determine (a) whether the Settlement Agreement should be finally approved as fair, reasonable, and adequate; (b) whether a judgment approving the Settlement Agreement and dismissing the Lawsuit should be entered; and (c) whether Class Counsel's attorney's fees and costs, Plaintiff McDonald's incentive payment, and the Claims Administrator's fees and costs should be approved.

10. No later than twenty-eight days before the final approval hearing, Class Counsel shall file a motion for final approval of the Settlement Agreement. No later than the date that the Class Notice is delivered to the Class, Class Counsel shall file a motion for attorney's fees and costs. The motion for attorney's fees and costs shall be heard on the date set for the final approval hearing.

11. _____ is appointed as the Claims Administrator. _____ shall mail the Class Notice to Class Members pursuant to the procedure outlined in the Settlement Agreement.

12. Any person who timely objects to the Settlement Agreement pursuant to the procedures outlined therein may appear and be heard at the final approval hearing, either in person or through counsel hired at his or her own expense.

13. The Court may, for good cause, extend any of the deadlines set forth in this Order or adjourn or continue the final approval hearing without further notice to the Class.

14. If for any reason the proposed Settlement Agreement is terminated by its terms, or if final approval of the Settlement Agreement does not occur, this Order conditionally certifying the Settlement Class shall automatically be vacated.

**IT IS SO ORDERED.**

DATED: _____          _____
                                                                                        U.S. District Court Judge

Submitted Pursuant to Central District of California Local Rule 5-4 by:

HARRIS & RUBLE

/s/ *David Zelenski* [2]

David Zelenski
Alan Harris
*Attorneys for Plaintiff*

Endorsed Pursuant to Central District of California Local Rule 52-8 by:

SEYFARTH SHAW LLP

/s/ *Simon Yang*

Aaron R. Lubeley
Simon L. Yang
*Attorneys for Defendant*

---

[2] Pursuant to Central District of California Local Rule 5-4, I attest that all of the signatories listed on this signature page, and on whose behalf this filing is submitted, concur in the filing's content.