Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone:  (760) 564-3804
Facsimile:  (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**FURTHER RESPONSE TO ORDER TO SHOW CAUSE**<br><br>*Assigned to Hon. Virginia A. Phillips* |

On May 2, 2013, the Court issued an Order to show cause in the above-captioned wage-and-hour putative class action.  The Court directed Plaintiff's counsel to respond to the Order in writing by May 13, 2013.  On May 10, 2013, Plaintiff's counsel filed a response, explaining that the parties had been negotiating a long-form Settlement Agreement and General Release ("Settlement Agreement") and that Plaintiff's counsel were awaiting an executed version of the Settlement Agreement from Defendant and its counsel.  In light of Plaintiff's counsel's response, the Court extended the deadline to respond to the Order to show cause to May 28, 2013.

On May 15, 2013, Defendant's counsel provided an executed copy the Settlement Agreement to Plaintiff's counsel.  On May 23, 2013, Plaintiff's counsel filed a Motion for preliminary approval of the Settlement Agreement, setting the hearing for the Motion for the earliest available hearing date:  June 24, 2013.  Plaintiff's counsel presumes that the filing of the Motion for preliminary approval is sufficient to discharge the Order to show cause.  If the Court requires any further information from the parties, Plaintiff's counsel will supplement the Motion and this Response accordingly.

Dated:  May 23, 2013　　　　　　　　　　　HARRIS & RUBLE
　　　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JOHN P. DORIGAN

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *David Zelenski*
　　　　　　　　　　　　　　　　　　　　　　Alan Harris
　　　　　　　　　　　　　　　　　　　　　　David Zelenski
　　　　　　　　　　　　　　　　　　　　　　John P. Dorigan
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*