1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 199837)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   333 South Hope Street, Suite 3900
4  Los Angeles, California  90071
   Telephone:   (213) 270-9600
5  Facsimile:    (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8

9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11 | COLLETTE McDONALD,                  ) CASE NO. 5:11-CV-01946-VAP-SP
   | individually and on behalf of all   )
12 | others similarly situated,          ) [*Hon Virginia A. Phillips, Crtrm 2*]
   |                                     )
13 |            Plaintiff,               ) **DEFENDANT'S NOTICE OF NON-**
   |                                     ) **OPPOSITION TO PLAINTIFF'S**
14 |      v.                             ) **MOTION FOR PRELIMINARY**
   |                                     ) **APPROVAL OF CLASS-ACTION**
15 | AIRPORT TERMINAL SERVICES,          ) **SETTLEMENT AND CONDITIONAL**
   | INC., and DOES 1-100, inclusive,    ) **CERTIFICATION OF SETTLEMENT**
16 |                                     ) **CLASS**
   |            Defendants.              )
17 |                                     ) Date:         June 24, 2013
   |                                     ) Time:         2:00 p.m.
18 |                                     ) Courtroom:    2
   |                                     )
19 |                                     ) Complaint Filed:   November 2, 2011

DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF
CLASS-ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS
CASE NO. 5:11-cv-01946-VAP-SP

15717661v.1

Defendant, Airport Terminal Services, Inc., hereby notifies the Court and Plaintiff, Collette McDonald, that except as specifically set forth below, Defendant does not oppose Plaintiff's Motion for Preliminary Approval of Class-Action Settlement and Conditional Certification of Settlement Class. Defendant agrees that the settlement is fair and reasonable and should be approved by the Court.

Defendant does not oppose—or take any position on—Plaintiff's requests for Class Counsel's incentive-award application or application for an award of attorneys' fees and reimbursement of litigation expenses. Nor does Defendant waive any right to oppose at a future time any of the contentions made by Plaintiff in this litigation, in the event preliminary or final approval of the class-action settlement is not granted.

Dated: May 31, 2013            SEYFARTH SHAW LLP


                               By  */s/ Simon L. Yang*
                                   Aaron R. Lubeley
                                   Simon L. Yang
                               Attorneys for Defendant
                               AIRPORT TERMINAL SERVICES, INC.

DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS
CASE NO. 5:11-cv-01946-VAP-SP

15717661v.1