# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. EDCV 11-1946VAP(SPx) | Date June 24, 2013 |

Title   COLLETTE McDONALD, individually and on behalf of all others similarly situated -v- AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Lisa Gonzales | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| DAVID ZELENSKI | SIMON L. YANG |

Proceedings:   PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL OF CLASS-ACTION SETTLEMENT (PRELIMINARY APPROVAL), ECF No. 26

Court issues a tentative ruling, hears oral argument.

The Plaintiff will have not later than July 8, 2013, to file supplemental briefing.

The matter stands submitted as of July 8, 2013.

                                                                                         -   :   5

Initials of Preparer   md