```
PR_0193                                    P A Y R O L L                                              Page   1
                                       Employee Weekly Time Sheet                                     03/07/2011
                                                                                                      12:30:34
88 ******************************************************************************************************** 88


        Employee: McDonald, Collette                              Swipe Card: 00014605      Id: 9610016573
        Status: (01) ACTIVE, FT    Job Class: (4602) PAX SUPV   Dept.: (4085   ) 4085-PAX   Rule: (E ) 8 HR W/1


                                            Week Begin    Week End
                                            ----------   ----------
                                            02/28/2011   03/06/2011


                      Pay                                    Hol.  Hol.  Hol.  3 Hr Min  -- PTO --          Inc
    DOW  MM/DD  Day Status  Group  Start  End   Reg.  OT  DT Wrk.  WOT   WDT   Use? Amt  Cd.  Hrs.  JCLS Fac. MD? Attnd.Cd
    ---  -----  ----------  -----  -----  ----- ----- ---- --- ---- ---- ---- ---- ---  ---  ----  ---- ---- --- --------
    Mon  02/28  Work        REG    05:25  14:44 8.0   1.2                                                    88  No
    Tue  03/01  Work        REG    04:59  13:58 8.0                                                          88  Yes
    Wed  03/02  Off
    Thu  03/03  Off
    Fri  03/04  Work        REG    04:57  14:04 8.0   0.1                                                    88  Yes
    Sat  03/05  Work        REG    04:58  07:58 3.0                                                          88
    Sat  03/05  Work        REG    09:56  14:45 4.8                                                          88
    Sun  03/06  Work        REG    04:57  13:58 8.0                                                          88  Yes
                                                ----  ---- --- ---- ---- ----            ---  ----
                                                39.8  1.3  0.0 0.0  0.0  0.0             0.0  0.0  Total Hours: 41.1


    DOW  MM/DD  Day Status  Start  Note
    ---  -----  ----------  -----  --------------------------------------------------------------------------------
    Mon  02/28  Work        05:25  NO LUNCH FORM
```

(Handwritten annotations: "Split" written across Sat 03/05 rows; checkmarks next to several Reg. values)

**ATS**
AIRPORT TERMINAL SERVICES
111 Westport Plaza · Suite 400
St. Louis, Missouri 63146

00871286

| EARNINGS | HRS/UNIT | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 39.8000 | 16.6500 | 662.67 | FED TAX | 76.37 | 354.51 |
| OVERTIME | 1.3000 | 24.9750 | 32.47 | FICA EE | 28.35 | 155.05 |
| SHIFTAMNT | | | 8.00 | MEDICARE E | 9.79 | 53.52 |
| | | | | CA WH TAX | 22.54 | 88.54 |
| | | | | CA SDI | 8.43 | 46.98 |
| | | | | DIR DEP A | 529.71 | 2993.14 |
| | | | | UHC EE | 25.02 | 200.16 |
| | | | | METLIFE EE | 2.93 | 23.44 |
| Total | 41.1000 | | 703.14 | Total | 703.14 | 3915.34 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| VAC AVAIL | 44.4604 | |
| UHC EE ER | 50.1200 | 400.9600 |
| METLFEE ER | 2.8200 | 22.5600 |

DIR DEP A : 9562

Attend. Points - Week: 0.00   YTD: 2.00

NET PAY: 529.71
YTD GROSS: 3,915.34
PAY PERIOD: 02/28/2011 thru 03/06/2011
CHECK DATE: 03/11/2011

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Collette McDonald | 000200871286 | 88 | 4085 | 9610016573 |

---



111 Westport Plaza · Suite 400
St. Louis, Missouri 63146

DATE             AMOUNT
03/11/2011    ****VOID***

PAY*VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF
Collette McDonald
401 South El Cielo
Apt 36
Palm Springs, CA  92262

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE