Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone: (760) 564-3804
Facsimile: (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>DECLARATION OF JOHN P. DORIGAN IN SUPPORT OF PRELIMINARY APPROVAL OF CLASS-ACTION SETTLEMENT AND CONDITIONAL CERTIFICATION OF CLASS<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Hearing Held: June 24, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2 |

I, JOHN P. DORIGAN, declare under penalty of perjury under the laws of the United States and of the State of California, as follows:

1. I am a member in good standing of the State Bar of California, and am admitted to practice in the Central District of California. I am co-counsel for plaintiff Collette McDonald in this action. I am making this declaration in support of the motion for preliminary approval of the class-wide settlement that has been reached in this action.

1

1  If sworn as a witness I could competently testify to each and every fact set forth herein
2  from my personal knowledge.
3     2.   I received my J.D. from California Western Law School in San Diego in
4  1981 and have practiced as an attorney since then. Following law school I was hired by
5  an insurance defense firm, where I made partner in six years. During this time I had a
6  number of bench and jury trials. In 1990, two of the other partners at the firm and I left
7  and formed our own firm in San Diego, Balestreri, Dorigan and Pendelton, where we
8  continued to specialize in insurance defense litigation.
9     3.   I moved from San Diego to the Coachella Valley in 1997 and established a
10 solo practice in Indio, California, specializing in the representation of both plaintiffs and
11 defendants in business litigation, personal injury, construction defect litigation and
12 employment litigation.
13    4.   Since 2004 I have represented plaintiffs in the following "wage and hour"
14 class action cases: *Ohrling, et al. v. American Eagle Airlines, Inc.* (Riverside County
15 Superior Court Case No. INC 041380); *Martin, et al. v. American Airlines, Inc.*(C.D. Cal.
16 Case No. CV 07-4812 AG (PJWx); *Askey, et al. v. American Airlines, Inc.*(C.D. Cal.
17 Case No. CV 06-2042 AG (PJWx); *Blackwell, et al. v. SkyWest Airlines, Inc.*(S.D. Cal
18 Case. No. CV 06-0307; *Mooney, et al. v. American Airlines, Inc.,*(Los Angeles County
19 Sup Ct. Case No. BC 445997; *Brown, et. al. v. American Airlines, Inc.*(C.D. Cal. Case
20 No. CV 10-8431 AJG (PJWx); *Lessard, et al. v. SkyWest Airlines, Inc.*(C.D. Cal. Case
21 No. CV 11-03769 JHN (VBKx); *Grimm, et al. v. American Eagle Airlines, Inc.*(C.D. Cal.
22 Case No. CV 11-0406 JAK (MANx); *Arena, et al. v. American Airlines, Inc.*(C.D. Cal.
23 Case No. CV 112-01070 JHN (FWDx), and McDonald, et al. v. Airport Terminal
24 Services, Inc.
25    5.   Attached hereto as Exhibit 1 is a true and correct copy of my time records
26 for the within action.
27    I have read the foregoing, and the facts set forth therein are true and correct of my
28 personal knowledge. Executed July 8, 2013, in the County of Riverside, City of La

Quinta, State of California.

Dated: July 8, 2013

          /s/
John P. Dorigan
*Attorney for Plaintiff*