# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge __Phillips__

From: __L. Murray__, Deputy Clerk    Date Received: __09/17/2013__

Case No.: __EDCV11-01946 VAP (SPx)__    Case Title: __Collette McDonald v Airport Terminal Services, Inc.__

Document Entitled: __(4) Proof of Services, Objection to Proposed Settlement, Certification and Notice of Interested Parties__

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone, facsimile numbers and email address
☑ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-7      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☐ General Order 10-07  Case is designated for electronic filing
☐ Other: _____

[FILED STAMP: CLERK, U.S. DISTRICT COURT, SEP 20 2013, CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION, BY DEPUTY]

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                        U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__9/20/13__                  __[signature]__
Date                        U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL - OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Silvija Z. Spahn
401 S. El Cielo Rd. # 188
Palm Springs, CA 92262
760-217-2422

RECEIVED BUT NOT FILED
SEP 17 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Collette McDonald, individually and on behalf of all others similarly situated,

PLAINTIFF(S),

v.

Airport Terminal Services, Inc.,

DEFENDANT(S).

CASE NUMBER

EDCV 11-01946 VAP (SPx)

PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside, State of California, and not a party to the above-entitled cause. On September 9, 2013, I served a true copy of Proof of Service-Acknowledgement of Service (Omitted from 9-3-2013 mailing) by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Palm Springs, CA
Executed on September 9, 2013 at Palm Springs, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____     _____
Signature                     Party Served

CV-40 (01/00)                 PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

CASE No. EDCV 11-01946 VAP (SPx)

Service List (Objection to Proposed Settlement)

Class Counsel
Alan Harris
David Zelenski
Harris & Ruble
6424 Santa Monica Blvd.
Los Angeles, CA 90038

ATS' Counsel
Aaron Lubeley
Simon L. Yang
Seyfarth Shaw LLP
333 South Hope St., Suite 3900
Los Angeles, CA 90071

Silvija Z. Spahn
401 S. El Cielo Rd. # 188
Palm Springs, CA 92262
760-217-0199



RECEIVED BUT NOT FILED
SEP 17 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

COLLETTE MCDONALD, et al.

    Plaintiffs

v.

AIRPORT TERMINAL SERVICES INC.    CASE NO. EDCV 11-01946 VAP (SPx)

    Defendant

OBJECTION TO PROPOSED SETTLEMENT

STATEMENT OF OBJECTIONS:

I am a member of the Class in McDonald v. Airport Terminal Services, Inc.

I am a Class member because I was a non-exempt individual employee of Defendant between November 2, 2007 through July 16, 2013.

I object to the proposed attorney fee award of up to $82,500.00, costs up to $15,000 and administrative expenses of up to $20,000.00. Total: $117,500.00

My reasons for objecting:

1. Said fees and costs exceed 45% of the total settlement of $250,000.00. and are excessive.

2. Said fees will be deducted from the class settlement rather than shifted to the defendant to pay separately.

3. Plaintiff cannot access the court website to view the court pleadings without paying a fee, or driving sixty miles to the Riverside court house to view the pleadings in person.

1. 4. Neither Plaintiff nor Defendant have posted a website where said pleadings can be viewed.

2. 5. It is not clear to the class whether the court has applied a "common fund" or "lodestar" approach to attorney fees.

LEGAL DISCUSSION:

1. The 9th Circuit has established 25% of the common fund as a benchmark award for attorney's fees. *Dennis* v. *Kellog*, ____F.3rd____ 2012. WL 2870128 (9th Cir. July 2012). The lodestar method provides a check on the reasonableness of the percentage award. *Dennis* at p. 8126.

2. The settlement yields little for the plaintiff class. After payment of the above enumerated fees and costs approximately $133,000.00 will remain of the fund to settle the claims of an unknown number of class plaintiffs. The fee award is unreasonably large for the benefits conferred. In re *Domestic Air Transp. Antitrust Litig.*, 148 F.R.D. 297,350 (N.D. Ga. 1993). The common fund theory may be limited by the United States Supreme Court's opinion in *Perdue* v. *Kenny A.*, which calls for application of the lodestar method, without any multiplier, in many circumstances. See *Perdue* v. *Kenny A.*, 130 S. Ct. 1662, 1667-69, 176 L. Ed. 2d 494 (2010)

3. Separately, the requested attorney fees are approximately 33 % of the gross settlement amount, and 8% above the 9th Circuit benchmark of 25%.

Because the settlement grants counsel "a disproportionate distribution of the settlement" compared with the benefit to the class, it is possible the settlement was "driven by fees." *Dennis* at p. 8125.

In conclusion, attorney fees and costs should be shifted to the defendant, or in the alternative based on 25% of the common fund.

Respectfully Submitted,

Silvija Z. Spahn

*[signature]*

Date: 9/3/2013

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Silvija Z. Spahn
401 S. El Cielo Rd. # 188
Palm Springs, CA 92262
760-217-0199

RECEIVED BUT NOT FILED
SEP 1 7 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ATTORNEY(S) FOR: in pro per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Collette McDonald, Individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br>v.<br><br>Airport Terminal Services Inc.<br><br>Defendant(s) | CASE NUMBER:<br><br>EDCV 11-01946 (SPx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Silvija Z. Spahn _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Silvija Z. Spahn | Class Member |

September 3, 2013
Date

Signature: /s/ Silvija Z. Spahn

Attorney of record for (or name of party appearing in pro per):

Silvija Z. Spahn

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Silvija Z. Spahn
401 S. El Cielo Rd. #188
Palm Springs, CA 92262
760-217-2422

RECEIVED
BUT
NOT FILED

SEP 17 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Colette McDonald, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF(S),<br>v.<br>Airport Terminal Services Inc.,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV 11-01946 VAP (SPx)<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of **Riverside**, State of California, and not a party to the above-entitled cause. On **September 3**, 20**13**, I served a true copy of **Certification and Notice of Interested Parties, and Objection to Proposed Settlement** by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: **Palm Springs, California**
Executed on **September 3**, 20**13** at **Palm Springs**, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                                                          Party Served

CV-40 (01/00)            PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

CASE No. EDCV 11-01946 VAP (SPx)

Service List (Objection to Settlement)

Class Counsel
Alan Harris
David Zelenski
Harris & Ruble
6424 Santa Monica Blvd.
Los Angeles, CA 90038

ATS' Counsel
Aaron Lubeley
Simon L. Yang
Seyfarth Shaw LLP
333 South Hope St., Suite 3900
Los Angeles, CA 90071

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Silvija Z. Spahn
401 S. El Cielo Rd. #188
Palm Springs, CA 92262
760-217-2422

RECEIVED
BUT
NOT FILED

SEP 17 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Colette McDonald, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFF(S),<br>v.<br>Airport Terminal Services Inc.,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV 11-01946 VAP (SPx)<br><br><br>PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
|---|---|

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __September 3__, 20__13__, I served a true copy of __Certification and Notice of Interested Parties, and Objection to Proposed Settlement__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Palm Springs, California__
Executed on __September 3__, 20__13__ at __Palm Springs__, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                Party Served

CV-40 (01/00)                PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

CASE No. EDCV 11-01946 VAP (SPx)

Service List (Certification and Notice of Interested Parties)

| | |
|---|---|
| Class Counsel<br>Alan Harris<br>David Zelenski<br>Harris & Ruble<br>6424 Santa Monica Blvd.<br>Los Angeles, CA 90038 | ATS' Counsel<br>Aaron Lubeley<br>Simon L. Yang<br>Seyfarth Shaw LLP<br>333 South Hope St., Suite 3900<br>Los Angeles, CA 90071 |

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Silvija Z. Spahn
401 S. El Cielo Rd. # 188
Palm Springs, CA 92262
760-217-2422

RECEIVED
BUT
NOT FILED

SEP 17 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Collette McDonald, individually and on behalf of all others similarly situated, <br><br> PLAINTIFF(S), <br> v. <br> Airport Terminal Services, Inc., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> EDCV 11-01946 VAP (SPx) <br><br><br> **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __September 9,__, 20__13__, I served a true copy of __Proof of Service-Acknowledgement of Service (Omitted from 9-3-2013 mailing)__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Palm Springs, CA__
Executed on __September 9__, 20__13__ at __Palm Springs__, California

Please check one of these boxes if service is made by mail:

☒ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
*Signature*                                    *Party Served*

CV-40 (01/00)                PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

CASE No. EDCV 11-01946 VAP (SPx)

Service List (Certification and Notice of Interested Parties)

| Class Counsel | ATS' Counsel |
|---|---|
| Alan Harris | Aaron Lubeley |
| David Zelenski | Simon L. Yang |
| Harris & Ruble | Seyfarth Shaw LLP |
| 6424 Santa Monica Blvd. | 333 South Hope St., Suite 3900 |
| Los Angeles, CA 90038 | Los Angeles, CA 90071 |

Silvija Z. Spahn
401 S. El Cielo Rd. # 188
Palm Springs, CA 92262



Hasler
09/16/2013
US POST

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

Clerk's Office
United States District Court
3470 Twelfth Street
Riverside, CA 92501