

## **NO LUNCH FORM**

Given the nature of the work at ATS, there are times when an employee may not be able to take a lunch period. Employees are required to obtain authorization from their supervisor to work through a lunch period, unless the emergent nature of the situation does not allow for prior approval. This approval form is to reflect the reasons why an employee misses a lunch period.

Employee Name:

Date of missed lunch period:

Reason employee missed lunch period:




How long is your scheduled lunch period:

½ hour

1 hour


Approved by: ___
                    *Manager or Supervisor Signature*                              *Date*

___

**Missed Lunch Process**

1. Employee obtains verbal approval from supervisor/manager to miss lunch period.
2. Employee turns form into supervisor/manager within 24 hours of missed lunch date.
3. Supervisor/Manager signs form and keeps for documentation.

No Lunch Form 8/06