

## Representative Clients

Akerman

Akin Gump Strauss Hauer & Feld

Baker & McKenzie

Choate Hall & Stewart

Crowell & Moring

Davis Wright Tremaine

Dickstein Shapiro

DLA Piper

Finnegan, Henderson, Farabow, Garrett & Dunner

Fish & Richardson

Foley & Lardner

Foley Hoag

Gibson, Dunn & Crutcher

Hogan Lovells

Howard Rice

Hunton & Williams

K&L Gates

Kilpatrick Townsend & Stockton

Manatt, Phelps & Phillips

Mayer Brown

Miles & Stockbridge

Miller & Chevalier

Morgan, Lewis & Bockius

Morrison & Foerster

O'Melveny & Myers

Osler, Hoskin & Harcourt

Patterson Belknap Webb & Tyler

Paul, Weiss, Rifkind, Wharton & Garrison

Perkins Coie

Polsinelli Shughart

Proskauer

Ropes & Gray

Shook, Hardy & Bacon

Case 5:11-cv-01946-VAP-SP   Document 39-5   Filed 09/26/13   Page 2 of 2   Page ID #:684

Vinson & Elkins

Wilson Sonsini Goodrich & Rosati

Winston & Strawn