SALARY TABLE 2013-DCB
INCORPORATING A LOCALITY PAYMENT OF 24.22%
FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-NORTHERN VIRGINIA, DC-MD-VA-WV-PA
RATES FROZEN AT 2010 LEVELS

EFFECTIVE JANUARY 2013

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,115 | $ 22,854 | $ 23,589 | $ 24,321 | $ 25,056 | $ 25,489 | $ 26,215 | $ 26,948 | $ 26,977 | $ 27,663 |
| 2 | 24,865 | 25,456 | 26,279 | 26,977 | 27,280 | 28,082 | 28,885 | 29,687 | 30,490 | 31,292 |
| 3 | 27,130 | 28,034 | 28,938 | 29,843 | 30,747 | 31,651 | 32,556 | 33,460 | 34,364 | 35,269 |
| 4 | 30,456 | 31,471 | 32,486 | 33,501 | 34,516 | 35,531 | 36,546 | 37,560 | 38,575 | 39,590 |
| 5 | 34,075 | 35,210 | 36,346 | 37,481 | 38,616 | 39,752 | 40,887 | 42,022 | 43,158 | 44,293 |
| 6 | 37,983 | 39,249 | 40,514 | 41,780 | 43,046 | 44,312 | 45,578 | 46,843 | 48,109 | 49,375 |
| 7 | 42,209 | 43,616 | 45,024 | 46,431 | 47,838 | 49,246 | 50,653 | 52,061 | 53,468 | 54,875 |
| 8 | 46,745 | 48,303 | 49,861 | 51,418 | 52,976 | 54,534 | 56,092 | 57,649 | 59,207 | 60,765 |
| 9 | 51,630 | 53,350 | 55,070 | 56,791 | 58,511 | 60,232 | 61,952 | 63,673 | 65,393 | 67,114 |
| 10 | 56,857 | 58,752 | 60,648 | 62,544 | 64,439 | 66,335 | 68,230 | 70,126 | 72,022 | 73,917 |
| 11 | 62,467 | 64,548 | 66,630 | 68,712 | 70,794 | 72,876 | 74,958 | 77,040 | 79,122 | 81,204 |
| 12 | 74,872 | 77,368 | 79,864 | 82,359 | 84,855 | 87,350 | 89,846 | 92,341 | 94,837 | 97,333 |
| 13 | 89,033 | 92,001 | 94,969 | 97,936 | 100,904 | 103,872 | 106,839 | 109,807 | 112,774 | 115,742 |
| 14 | 105,211 | 108,717 | 112,224 | 115,731 | 119,238 | 122,744 | 126,251 | 129,758 | 133,264 | 136,771 |
| 15 | 123,758 | 127,883 | 132,009 | 136,134 | 140,259 | 144,385 | 148,510 | 152,635 | 155,500 * | 155,500 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2013 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2013/locality-pay-area-definitions/

## SALARY TABLE 2013-LA
## INCORPORATING A LOCALITY PAYMENT OF 27.16%
## FOR THE LOCALITY PAY AREA OF LOS ANGELES-LONG BEACH-RIVERSIDE, CA
## RATES FROZEN AT 2010 LEVELS

### EFFECTIVE JANUARY 2013

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 22,638 | $ 23,395 | $ 24,148 | $ 24,897 | $ 25,649 | $ 26,092 | $ 26,836 | $ 27,586 | $ 27,615 | $ 28,317 |
| 2 | 25,454 | 26,059 | 26,901 | 27,615 | 27,926 | 28,747 | 29,569 | 30,390 | 31,211 | 32,033 |
| 3 | 27,772 | 28,697 | 29,623 | 30,549 | 31,475 | 32,400 | 33,326 | 34,252 | 35,178 | 36,103 |
| 4 | 31,177 | 32,216 | 33,255 | 34,294 | 35,333 | 36,372 | 37,410 | 38,449 | 39,488 | 40,527 |
| 5 | 34,881 | 36,044 | 37,206 | 38,368 | 39,530 | 40,692 | 41,855 | 43,017 | 44,179 | 45,341 |
| 6 | 38,882 | 40,177 | 41,473 | 42,769 | 44,065 | 45,361 | 46,656 | 47,952 | 49,248 | 50,544 |
| 7 | 43,208 | 44,648 | 46,089 | 47,530 | 48,971 | 50,411 | 51,852 | 53,293 | 54,733 | 56,174 |
| 8 | 47,852 | 49,446 | 51,041 | 52,635 | 54,230 | 55,825 | 57,419 | 59,014 | 60,608 | 62,203 |
| 9 | 52,852 | 54,613 | 56,374 | 58,135 | 59,896 | 61,657 | 63,419 | 65,180 | 66,941 | 68,702 |
| 10 | 58,202 | 60,143 | 62,083 | 64,024 | 65,964 | 67,905 | 69,845 | 71,786 | 73,726 | 75,667 |
| 11 | 63,945 | 66,076 | 68,207 | 70,339 | 72,470 | 74,601 | 76,732 | 78,863 | 80,995 | 83,126 |
| 12 | 76,644 | 79,199 | 81,754 | 84,308 | 86,863 | 89,418 | 91,972 | 94,527 | 97,082 | 99,636 |
| 13 | 91,141 | 94,179 | 97,216 | 100,254 | 103,292 | 106,330 | 109,368 | 112,406 | 115,443 | 118,481 |
| 14 | 107,701 | 111,290 | 114,880 | 118,470 | 122,060 | 125,649 | 129,239 | 132,829 | 136,419 | 140,008 |
| 15 | 126,687 | 130,910 | 135,133 | 139,356 | 143,579 | 147,802 | 152,025 | 155,500 * | 155,500 * | 155,500 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

Applicable locations are shown on the 2013 Locality Pay Area Definitions page: http://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/2013/locality-pay-area-definitions/

## SALARY TABLE 2007-DCB
### INCORPORATING THE 1.70% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 18.59%
### FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-NORTHERN VIRGINIA, DC-MD-PA-VA-WV
(See http://www.opm.gov/oca/07tables/locdef.asp for definitions of locality pay areas.)
### (TOTAL INCREASE: 2.64%)

### EFFECTIVE JANUARY 2007

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 19,722 | $ 20,380 | $ 21,037 | $ 21,689 | $ 22,345 | $ 22,730 | $ 23,378 | $ 24,031 | $ 24,057 | $ 24,664 |
| 2 | 22,174 | 22,700 | 23,435 | 24,057 | 24,325 | 25,040 | 25,755 | 26,470 | 27,186 | 27,901 |
| 3 | 24,194 | 25,000 | 25,806 | 26,613 | 27,419 | 28,226 | 29,032 | 29,838 | 30,645 | 31,451 |
| 4 | 27,159 | 28,064 | 28,969 | 29,874 | 30,779 | 31,684 | 32,589 | 33,493 | 34,398 | 35,303 |
| 5 | 30,386 | 31,399 | 32,412 | 33,425 | 34,437 | 35,450 | 36,463 | 37,476 | 38,488 | 39,501 |
| 6 | 33,872 | 35,001 | 36,130 | 37,259 | 38,388 | 39,517 | 40,646 | 41,775 | 42,903 | 44,032 |
| 7 | 37,640 | 38,895 | 40,150 | 41,405 | 42,659 | 43,914 | 45,169 | 46,423 | 47,678 | 48,933 |
| 8 | 41,686 | 43,075 | 44,465 | 45,855 | 47,245 | 48,635 | 50,025 | 51,415 | 52,805 | 54,194 |
| 9 | 46,041 | 47,576 | 49,110 | 50,645 | 52,180 | 53,714 | 55,249 | 56,783 | 58,318 | 59,852 |
| 10 | 50,703 | 52,393 | 54,083 | 55,773 | 57,463 | 59,153 | 60,843 | 62,533 | 64,222 | 65,912 |
| 11 | 55,706 | 57,564 | 59,421 | 61,278 | 63,135 | 64,992 | 66,849 | 68,706 | 70,563 | 72,421 |
| 12 | 66,767 | 68,993 | 71,219 | 73,445 | 75,671 | 77,897 | 80,123 | 82,349 | 84,575 | 86,801 |
| 13 | 79,397 | 82,044 | 84,691 | 87,338 | 89,985 | 92,632 | 95,279 | 97,926 | 100,573 | 103,220 |
| 14 | 93,822 | 96,950 | 100,077 | 103,204 | 106,331 | 109,459 | 112,586 | 115,713 | 118,840 | 121,967 |
| 15 | 110,363 | 114,042 | 117,721 | 121,399 | 125,078 | 128,757 | 132,435 | 136,114 | 139,793 | 143,471 |

SALARY TABLE 2007-LA
INCORPORATING THE 1.70% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 24.03%
FOR THE LOCALITY PAY AREA OF LOS ANGELES-LONG BEACH-RIVERSIDE, CA
(See http://www.opm.gov/oca/07tables/locdef.asp for definitions of locality pay areas.)
(TOTAL INCREASE: 2.40%)

EFFECTIVE JANUARY 2007

*Annual Rates by Grade and Step*

| Grade | Step 1 | Step 2 | Step 3 | Step 4 | Step 5 | Step 6 | Step 7 | Step 8 | Step 9 | Step 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | $ 20,626 | $ 21,315 | $ 22,002 | $ 22,684 | $ 23,370 | $ 23,773 | $ 24,450 | $ 25,133 | $ 25,161 | $ 25,796 |
| 2 | 23,191 | 23,742 | 24,510 | 25,161 | 25,441 | 26,189 | 26,937 | 27,685 | 28,433 | 29,181 |
| 3 | 25,303 | 26,147 | 26,990 | 27,834 | 28,677 | 29,520 | 30,364 | 31,207 | 32,051 | 32,894 |
| 4 | 28,405 | 29,352 | 30,298 | 31,244 | 32,191 | 33,137 | 34,083 | 35,030 | 35,976 | 36,922 |
| 5 | 31,780 | 32,839 | 33,899 | 34,958 | 36,017 | 37,076 | 38,136 | 39,195 | 40,254 | 41,313 |
| 6 | 35,425 | 36,606 | 37,787 | 38,968 | 40,149 | 41,329 | 42,510 | 43,691 | 44,872 | 46,052 |
| 7 | 39,367 | 40,679 | 41,992 | 43,304 | 44,616 | 45,928 | 47,241 | 48,553 | 49,865 | 51,177 |
| 8 | 43,598 | 45,051 | 46,505 | 47,959 | 49,412 | 50,866 | 52,320 | 53,773 | 55,227 | 56,680 |
| 9 | 48,153 | 49,758 | 51,363 | 52,968 | 54,573 | 56,178 | 57,783 | 59,388 | 60,993 | 62,598 |
| 10 | 53,029 | 54,796 | 56,564 | 58,331 | 60,099 | 61,866 | 63,634 | 65,401 | 67,168 | 68,936 |
| 11 | 58,262 | 60,204 | 62,146 | 64,089 | 66,031 | 67,973 | 69,916 | 71,858 | 73,800 | 75,743 |
| 12 | 69,830 | 72,158 | 74,486 | 76,814 | 79,142 | 81,470 | 83,798 | 86,126 | 88,454 | 90,783 |
| 13 | 83,039 | 85,808 | 88,576 | 91,344 | 94,113 | 96,881 | 99,649 | 102,418 | 105,186 | 107,954 |
| 14 | 98,126 | 101,397 | 104,668 | 107,938 | 111,209 | 114,480 | 117,750 | 121,021 | 124,292 | 127,562 |
| 15 | 115,426 | 119,273 | 123,121 | 126,968 | 130,816 | 134,663 | 138,511 | 142,358 | 145,400 * | 145,400 * |

* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).

SALARY TABLE 2005-DCB
INCORPORATING THE 2.50% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 15.98%
FOR THE LOCALITY PAY AREA OF WASHINGTON-BALTIMORE-NORTHERN VIRGINIA, DC-MD-PA-VA-WV
(See http://www.opm.gov/oca/05tables/locdef.asp for definitions of locality pay areas.)
(TOTAL INCREASE: 3.71%)

**EFFECTIVE JANUARY 2005**

*Annual Rates by Grade and Step*

| GRADE | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6 | STEP 7 | STEP 8 | STEP 9 | STEP 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $ 18,575 | $ 19,195 | $ 19,813 | $ 20,428 | $ 21,046 | $ 21,409 | $ 22,018 | $ 22,633 | $ 22,659 | $ 23,238 |
| 2 | 20,885 | 21,381 | 22,072 | 22,659 | 22,912 | 23,586 | 24,260 | 24,933 | 25,607 | 26,281 |
| 3 | 22,787 | 23,546 | 24,306 | 25,066 | 25,825 | 26,585 | 27,345 | 28,104 | 28,864 | 29,624 |
| 4 | 25,581 | 26,433 | 27,285 | 28,138 | 28,990 | 29,843 | 30,695 | 31,548 | 32,400 | 33,253 |
| 5 | 28,620 | 29,575 | 30,529 | 31,484 | 32,438 | 33,393 | 34,347 | 35,302 | 36,257 | 37,211 |
| 6 | 31,903 | 32,966 | 34,030 | 35,093 | 36,157 | 37,220 | 38,284 | 39,347 | 40,411 | 41,474 |
| 7 | 35,452 | 36,633 | 37,815 | 38,997 | 40,179 | 41,361 | 42,543 | 43,724 | 44,906 | 46,088 |
| 8 | 39,262 | 40,570 | 41,878 | 43,186 | 44,495 | 45,803 | 47,111 | 48,419 | 49,728 | 51,036 |
| 9 | 43,365 | 44,810 | 46,255 | 47,700 | 49,145 | 50,590 | 52,036 | 53,481 | 54,926 | 56,371 |
| 10 | 47,755 | 49,347 | 50,940 | 52,532 | 54,124 | 55,717 | 57,309 | 58,902 | 60,494 | 62,086 |
| 11 | 52,468 | 54,217 | 55,966 | 57,715 | 59,464 | 61,213 | 62,962 | 64,711 | 66,460 | 68,209 |
| 12 | 62,886 | 64,981 | 67,077 | 69,173 | 71,269 | 73,364 | 75,460 | 77,556 | 79,652 | 81,747 |
| 13 | 74,782 | 77,274 | 79,766 | 82,259 | 84,751 | 87,244 | 89,736 | 92,228 | 94,721 | 97,213 |
| 14 | 88,369 | 91,315 | 94,260 | 97,206 | 100,152 | 103,098 | 106,044 | 108,990 | 111,936 | 114,882 |
| 15 | 103,947 | 107,413 | 110,878 | 114,344 | 117,809 | 121,274 | 124,740 | 128,205 | 131,671 | 135,136 |

NOTE:  Locality rates of pay are basic pay only for certain purposes--see "Salary Tables for 2005" cover sheet.

**SALARY TABLE 2005-SF**
**INCORPORATING THE 2.50% GENERAL SCHEDULE INCREASE AND A LOCALITY PAYMENT OF 26.39%**
**FOR THE LOCALITY PAY AREA OF SAN JOSE-SAN FRANCISCO-OAKLAND, CA**
(See http://www.opm.gov/oca/05tables/locdef.asp for definitions of locality pay areas.)
**(TOTAL INCREASE: 4.30%)**

**EFFECTIVE JANUARY 2005**

*Annual Rates by Grade and Step*

| GRADE | STEP 1 | STEP 2 | STEP 3 | STEP 4 | STEP 5 | STEP 6 | STEP 7 | STEP 8 | STEP 9 | STEP 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| GS-1 | $ 20,243 | $ 20,918 | $ 21,591 | $ 22,261 | $ 22,935 | $ 23,330 | $ 23,994 | $ 24,665 | $24,693 | $ 25,324 |
| 2 | 22,759 | 23,300 | 24,053 | 24,693 | 24,968 | 25,703 | 26,437 | 27,171 | 27,906 | 28,640 |
| 3 | 24,832 | 25,660 | 26,488 | 27,315 | 28,143 | 28,971 | 29,799 | 30,627 | 31,455 | 32,283 |
| 4 | 27,877 | 28,806 | 29,735 | 30,663 | 31,592 | 32,521 | 33,450 | 34,379 | 35,308 | 36,237 |
| 5 | 31,189 | 32,229 | 33,270 | 34,310 | 35,350 | 36,390 | 37,430 | 38,471 | 39,511 | 40,551 |
| 6 | 34,766 | 35,925 | 37,084 | 38,243 | 39,402 | 40,561 | 41,720 | 42,879 | 44,038 | 45,197 |
| 7 | 38,634 | 39,922 | 41,209 | 42,497 | 43,785 | 45,073 | 46,361 | 47,649 | 48,937 | 50,225 |
| 8 | 42,786 | 44,211 | 45,637 | 47,063 | 48,488 | 49,914 | 51,340 | 52,765 | 54,191 | 55,617 |
| 9 | 47,257 | 48,832 | 50,407 | 51,982 | 53,556 | 55,131 | 56,706 | 58,281 | 59,856 | 61,431 |
| 10 | 52,041 | 53,776 | 55,512 | 57,247 | 58,982 | 60,718 | 62,453 | 64,188 | 65,924 | 67,659 |
| 11 | 57,178 | 59,084 | 60,989 | 62,895 | 64,801 | 66,707 | 68,613 | 70,519 | 72,425 | 74,331 |
| 12 | 68,530 | 70,814 | 73,098 | 75,382 | 77,665 | 79,949 | 82,233 | 84,517 | 86,801 | 89,085 |
| 13 | 81,494 | 84,210 | 86,926 | 89,642 | 92,358 | 95,074 | 97,790 | 100,507 | 103,223 | 105,939 |
| 14 | 96,300 | 99,511 | 102,721 | 105,931 | 109,142 | 112,352 | 115,562 | 118,772 | 121,983 | 125,193 |
| 15 | 113,277 | 117,054 | 120,830 | 124,607 | 128,383 | 132,160 | 135,936 | 139,713 | 140,300 * | 140,300 * |

NOTE:  Locality rates of pay are basic pay only for certain purposes--see "Salary Tables for 2005" cover sheet.
* Rate limited to the rate for level IV of the Executive Schedule (5 U.S.C. 5304 (g)(1)).