Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone: (760) 564-3804
Facsimile: (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**DECLARATION OF JOHN P. DORIGAN IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS**<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Date: November 18, 2013<br>Time: 2:00 p.m.<br>Courtroom: 2 |

**JOHN P. DORIGAN** declares under penalty of perjury of the laws of the United States and the State of California as follows:

1. I am a member in good standing of the State Bar of California and am one of the attorneys for Plaintiff Collette McDonald in the within action. I make this Declaration in support of Plaintiff's Motion for attorney's fees and costs. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge, and I aver that all of the documents appended to this Declaration have been maintained in my office in the ordinary course of business under my direction and control.

2. I received my J.D. from California Western Law School in San Diego in 1981 and have practiced as an attorney since that time. Following law school, I was hired by an insurance defense firm, where I made partner in six years. During this time, I had a number of bench and jury trials. In 1990, two of the other partners at the firm and I left and formed our own firm in San Diego—Balestreri, Dorigan and Pendelton—where we continued to specialize in insurance defense litigation.

3. I moved from San Diego to the Coachella Valley in 1997 and established a solo practice in Indio, California, specializing in the representation of both plaintiffs and defendants in business litigation, personal injury, construction-defect litigation, and employment litigation.

4. Since 2004, I have represented plaintiffs in the following wage-and-hour putative class-action cases: Ohrling v. American Eagle Airlines, Inc. (Riverside County Superior Court Case No. INC 041380); Martin v. American Airlines, Inc. (C.D. Cal. Case No. CV 07-4812 AG (PJWx)); Askey v. American Airlines, Inc. (C.D. Cal. Case No. CV 06-2042 AG (PJWx)); Blackwell v. SkyWest Airlines, Inc. (S.D. Cal. Case. No. CV 06-0307)); Mooney v. American Airlines, Inc. (Los Angeles County Superior Court Case No. BC 445997); Brown v. American Airlines, Inc. (C.D. Cal. Case No. CV 10-8431 AJG (PJWx)); Lessard v. SkyWest Airlines, Inc. (C.D. Cal. Case No. CV 11-03769 JHN (VBKx)); Grimm v. American Eagle Airlines, Inc. (C.D. Cal. Case No. CV 11-0406 JAK

1  (MANx)); and <u>Arena v. American Airlines, Inc.</u> (C.D. Cal. Case No. CV 112-01070 JHN (FWDx)).

5. Attached hereto as **Exhibit 1** is a true and correct copy of detailed records of my time incurred in the above-captioned matter. It is my practice and policy to record all professional time in tenth-of-an-hour increments on a contemporaneous basis, and Exhibit 1 reflects that practice. I have reviewed the records attached as Exhibit 1, and I believe them to accurately—yet conservatively—represent the time productively and necessarily spent in the prosecution of this case.

I have read the foregoing, and the facts set forth therein are true and correct of my own personal knowledge. Executed September 26, 2013, in the County of Riverside, State of California.

                                                /s/ *John P. Dorigan*
                                                John P. Dorigan