**Law Office of**
**JOHN P. DORIGAN**
78-560 Via Bolero, La Quinta, California   92253
Telephone:  (760) 564-3804  •  Facsimile:  (760) 564-3807
e-mail: jpdorigan@aol.com

**July 5, 2013**

**McDonald v. ATS**

**BILLING RATE @ $450.00/hour**

| DATE | DESCRIPTION | TIME |
|---|---|---|
| 12/01/2010 | Travel to Rancho Mirage and meet with Collette McDonald to discuss possible ATS case. | 2.0 |
| 01/24/2010 | R/r e-mail from Alan Harris re: lawsuit claims. | .2 |
| 08/15/2010 | Travel to and attend meeting of ATS employees in Palm Springs, CA. | 3.6 |
| 08/31/2011 | Legal research re: Wage Order 9, employment class action case law. | 4.0 |
| 09/02/2011 | Research and draft LWDA letter. | 1.3 |
| 09/08/2011 | Online research re: ATS, review ATS information on California Secretary of State web site. | .7 |
| 09/13 2011 | T/c with ATS employee re: split shift premiums; receive and review paperwork re: same. | 1.0 |
| 09/14/2011 | E-mails to Alan Harris re: case. | .2 |
| 09/29/2011 | T/c with Alan Harris re: retainer. Participate in conf. call with Alan Harris, David Zelenski, Collette McDonald and Kathy Dorigan re: lawsuit procedures and responsibilities. E-mail to Alan Harris re: "No Lunch" claims. Travel to Rancho Mirage to meet with Collette McDonald and Kathy Dorigan to discuss lawsuit and retainer agreement – obtain Collette's signature on retainer. | 3.6 |
| 09/30/2011 | Detailed review of payroll records provided by Collette McDonald. E-mail correspondence with Harris & Ruble re: payroll records, drafting complaint. | 5.0 |

| Date | Description | Hours |
|---|---|---|
| 10/01/2011 | Telephone calls with other ATS employees who expressed interest to discuss ATS operations, possible lawsuit. E-mail correspondence with Harris & Ruble re: operations of ATS. | 4.3 |
| 10/03/2011 | E-mail correspondence with Harris & Ruble re: pay records. | .2 |
| 10/09/2011 | Legal research re: legal claims. E-mail correspondence with Harris & Ruble re: same, locating other employees as potential witnesses. | 1.6 |
| 10/11/2011 | Review draft complaint. E-mail correspondence with Harris & Ruble re: same. | .4 |
| 10/12/2011 | Review draft complaint. E-mail correspondence with Harris & Ruble re: same. | .4 |
| 10/13/2011 | Review draft complaint. E-mail correspondence with Harris & Ruble re: same. | .3 |
| 10/25/2011 | Review draft complaint. E-mail correspondence with Harris & Ruble re: same. | .5 |
| 10/26/2011 | Review draft complaint. E-mail correspondence with Harris & Ruble re: same. | .4 |
| 11/02/2011 | File complaint in Riverside County Superior Court, Indio branch. | .3 |
| 11/09/2011 | E-mail correspondence with Harris & Ruble re: service of complaint. | .2 |
| 12/13/2011 | Review defendant's answer to complaint. Research re motion to strike answer. | 2.0 |
| 12/14/2011 | Review draft motion to strike answer. E-mail correspondence with Harris & Ruble re: same. | 1.0 |
| 12/29/2011 | Review motion to strike answer. T/c with Alan Harris re: same. E-mail correspondence with Harris & Ruble re: same and LWDA letter. | 1.2 |
| 01/02/2012 | E-mail correspondence with Harris & Ruble re: meet and confer conference with defense counsel. | .2 |
| 02/01/2012 | E-mail correspondence with Harris & Ruble re: civil penalties, LWDA letter. | .2 |
| 02/09/2012 | E-mail correspondence with Harris & Ruble re: ATS operations. letter. | .2 |

| Date | Description | Hours |
|---|---|---|
| 02/24/2012 | E-mail correspondence with Harris & Ruble re: settlement issues. | .2 |
| 03/05/2012 | Legal research re: PAGA. E-mail correspondence with Harris & Ruble re: same, settlement issues. | 1.0 |
| 03/14/2012 | Review draft settlement agreement. E-mail correspondence with Harris & Ruble re: settlement issues. | .8 |
| 03/25/2012 | Research re: seating issue. E-mail correspondence with Harris & Ruble re: same, settlement issues. | 1.0 |
| 03/28/2012 | E-mail correspondence with Harris & Ruble re: same. | .3 |
| 03/30/2012 | Research re: "no lunch" issue. E-mail correspondence with Harris & Ruble re: same. | 2.0 |
| 04/13/2012 | Review Brinker decision, review additional recent case law. | 2.5 |
| 04/18/2012 | Prepare for and participate in teleconference with Alan Harris and David Zelenski re: settlement negotiations. | 1.3 |
| 05/02/2012 | E-mail correspondence with Harris & Ruble re: mediation, mediator. | .2 |
| 05/09/2012 | E-mail correspondence with Harris & Ruble re: mediation. | .2 |
| 06/04/2012 | E-mail correspondence with Harris & Ruble re: mediation. | .2 |
| 06/06/2012 | E-mail correspondence with Harris & Ruble re: mediation. | .2 |
| 06/14/2012 | E-mail correspondence with Harris & Ruble re: mediation. | .2 |
| 06/28/2012 | Review documents received from mediator. E-mail correspondence with Harris & Ruble re: same. | .4 |
| 06/28/2012 | Review documents received from mediator's office re: procedure. E-mail correspondence with Harris & Ruble re: same. | .4 |
| 08/21/2012 | Legal research re: preemption doctrine, review results of prior research re: same. E-mail correspondence with Harris & Ruble re: same. | 3.0 |
| 09/12/2012 | Review mediation briefs. E-mail correspondence with Harris & Ruble re: same. | 1.2 |
| 09/16/2012 | T/c with Alan Harris re: mediation. | .2 |

| Date | Description | Hours |
|---|---|---|
| 09/17/2012 | Meet with Collette McDonald. Travel to Los Angeles for mediation. T/c with Alan Harris re: same. | 5.0 |
| 09/18/2012 | Meet with Collette McDonald and Alan Harris to prepare for mediation. Attend mediation at offices of Frank & Feder in Los Angeles. Return travel from Los Angeles to Indio following mediation. | 13.0 |
| 09/19/2012 | Review Memo of Understanding from mediation. | .4 |
| 10/03/2012 | E-mail correspondence with Harris & Ruble re: mediation, settlement. | .2 |
| 10/24/2012 | Review draft settlement agreement. | .5 |
| 11/09/2012 | T/c with David Zelenski re: status of settlement agreement. | .2 |
| 12/03/2012 | Review draft proposed settlement agreement. | .6 |
| 03/12/2013 | Reviewed drafts of individual and class settlement agreements. | 1.4 |
| 04/11/2013 | Review draft motion for preliminary approval, declaration of Collette McDonald in support of motion. | 1.8 |
| 04/18/2013 | Review draft decl. of Collette. T/c with Collette re: same. T/c with David re: same. E-mail correspondence with Harris & Ruble re: declaration of Collette McDonald. | .5 |
| 04/22/2013 | Travel to Palm Springs to meet with Collette to review her declaration and draft of settlement agreement, and get her signature on declaration. | 2.3 |
| 05/02/2013 | T/c with David Zelenski re: OSC. | .2 |
| 05/07/2013 | R/r final draft settlement agreement from David Zelenski. | |
| 05/09/2013 | Travel to Palm Springs to meet with Collette to review and obtain her signature on her declaration and the settlement agreements. E-mail correspondence to David Zelenski re: same. | 1.8 |
| 06/28/2013 | R/r tentative minute order denying plaintiff's motion for preliminary approval of class action settlement. Brief research re: issues raised and t/c with David Zelenski re: same. | 1.5 |
| 07/01/2013 | T/c to David Zelenski re: supplemental memorandum for preliminary approval. E-mail correspondence with Harris & Ruble re: same. | .3 |
| 07/02/2013 | E-mail correspondence with Harris & Ruble re: declaration of JPD. | |

| Date | Description | Hours |
|---|---|---|
| 07/03/2013 | T/c with David Zelenski re: supplemental memorandum in support of preliminary approval of settlement and supplemental declaration of Collette McDonald. Participate in t/c with Collette and David Zelenski re: Collette's supplemental declaration. Travel to and meet with Collette in Palm Springs to review her declaration and obtain her signature. E-mail Collette's signature page to David Zelenski. | 3.0 |

### SUMMARY OF CURRENT BILLING STATEMENT

82.6 hrs. @ $450/hr.          = $37,170.00

**CURRENT BALANCE DUE……………………………………$37,170.00**