Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone:  (760) 564-3804
Facsimile:  (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>         Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS**<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Date: November 18, 2013<br>Time:  2:00 p.m.<br>Courtroom:  2 |

Pursuant to Federal Rule of Evidence 201, this Court may take judicial notice of the following:

1. The adjusted <u>Laffey</u> matrix, a true and correct copy of which is attached to the concurrently filed Declaration of Alan Harris as Exhibit 7. <u>See</u> <u>Diamond Sawblades Mfrs. Coal. v. United States</u>, 816 F. Supp. 2d 1342, 1362 & n.7 (Ct. Int'l Trade 2012) (taking judicial notice of the "adjusted matrix [] available at http://www.laffeymatrix.com/see.html," which is the same website from which the adjusted <u>Laffey</u> matrix attached as Exhibit 7 to the Harris Declaration was taken).

2. Salary tables from the U.S. Office of Personnel Management, true and correct copies of which are attached to the concurrently filed Declaration of Alan Harris as Exhibit 8. <u>See</u> <u>Jarvis v. JP Morgan Chase Bank, N.A.</u>, 2010 U.S. Dist. LEXIS 84958 at *3 (stating that "[j]udicial notice may be taken of documents available on government websites"); <u>Dingle v. BioPort Corp.</u>, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) (stating that "[p]ublic records and government documents are generally considered 'not to be subject to reasonable dispute'" and that "[t]his includes public records and government documents available from reliable sources on the Internet").

Dated: September 26, 2013                         HARRIS & RUBLE

                                                         /s/ *David Zelenski*
                                             Alan Harris
                                             David Zelenski
                                             *Attorneys for Plaintiff*