Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone:  (760) 564-3804
Facsimile:  (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>      Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**NOTICE OF ERRATA TO DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF COSTS**<br><br>*Assigned to Hon. Virginia A. Phillips*<br><br>Date:  November 18, 2013<br>Time:  2:00 p.m.<br>Courtroom:  2 |

On September 30, 2013, the Court issued a Notice of document discrepancies [Docket No. 42] as to the September 26, 2013, Declaration of Alan Harris in support of Plaintiff's Motion for attorney's fees and costs [Docket No. 39].  As stated in the Notice of document discrepancies, Exhibit 8 to the Declaration of Alan Harris was received sideways (horizontally) rather vertically.  **PLEASE TAKE NOTICE** that Plaintiff is lodging herewith a copy of the Declaration of Alan Harris that vertically re-orients Exhibit 8 thereto.  The Declaration and all Exhibits thereto are otherwise identical to the version filed on September 26, 2013.  Plaintiff's counsel apologize for the error and any inconvenience that it may have caused the Court and opposing counsel.

Dated:  September 30, 2013

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

_/s/ David Zelenski_

Alan Harris
David Zelenski
John P. Dorigan
*Attorneys for Plaintiff*