Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
atreanor@harrisandruble.com

Attorneys for Plaintiff
COLLETTE MCDONALD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE MCDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and Does 1-100, inclusive,<br><br>Defendants. | Case No. EDCV 11-1946VAP(SPx)<br><br>**DECLARATION OF MARKHAM SHERWOOD RE MAILING OF NOTICE TO CLASS OF PROPOSED SETTLEMENT OF CLASS ACTION, CLAIM FORM, AND REQUEST FOR EXCLUSION FORM AND REPORT ON CLAIM FORMS AND EXCLUSIONS RECEIVED**<br><br>Assigned to the Honorable Virginia A. Phillips<br><br>Date: November 18, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>3470 Twelfth Street<br>Riverside, CA 92501 |

I, Markham Sherwood, declare as follows:

1. I am a resident of the United States of America, and am over the age of 18. I am employed as a Case Manager for Gilardi & Co., LLC ("Gilardi"), the professional services provider that has been retained by the parties to serve as the Settlement Administrator for the

-1-

settlement in the above referenced action. I am responsible for supervising the settlement services provided by Gilardi for this matter. The facts set forth herein are true of my own personal knowledge and I am informed and believe them to be true. If called as a witness, I could and would competently testify thereto.

## I. EXPERIENCE OF SETTLEMENT ADMINISTRATOR

2. Gilardi specializes in class action notification and claims administration, including telephone support and web-based support, direct mail services, claims processing, and settlement fund distribution. Gilardi began its claims administration practice in 1984 and has extensive experience in class action matters, having provided services in class actions ranging in sizes from dozens to millions of class members and has provided notification and/or claims administration services for nearly 2,500 projects.

3. Gilardi performed the services listed herein under my supervision relating to the dissemination of Notice and claims processing. Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters. Gilardi specializes in designing, developing, analyzing, and implementing claims administration services that support due process. During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

## II. CLASS NOTICE

4. In accordance with Settlement Agreement and the Order Granting Preliminary Approval of Class Action Settlement, one of Gilardi's primary responsibilities was to cause the Notice and Claim Form to be mailed to all known Class Members. On or before August 16, 2013, Gilardi received from Defendant's counsel a file containing 1,238 records with the names, addresses and the number of canceled meal periods of known Class Members in this matter. As part of the preparation for mailing, Gilardi ran all 1,238 records through the National Change of Address database ("NCOA"). Gilardi formatted the list for mailing purposes.

5. The data received by Gilardi indicates that of the 1,238 identified Class Members, the total number of Class Members that experienced canceled meal periods is 549, and the total

2

DECLARATION OF MARKHAM SHERWOOD

number of canceled meal periods is 4,965.

6. On August 26, 2013, Gilardi mailed the Notice to Class of Proposed Settlement of Class Action, Claim Form, and Request for Exclusion Form (the "Notice Packet") to the 1,238 identified Class Members. A true and correct copy of the Notice Packet is attached hereto as Exhibit A.

7. As of October 18, 2013, Gilardi has received 129 Notice Packets returned by the USPS without a forwarding address. These records were sent for skip tracing, and updated addresses were found for 117 records. Addresses were updated within the database and Notice Packets were re-mailed to the 117 updated addresses.

8. Based on my experience as a Case Manager for Gilardi, I believe that the mailed Notice Packets had a reasonable chance of reaching a substantial percentage of the Settlement Class.

### III. CLAIMANT COMMUNICATION

9. Gilardi has established Post Office Box 8060, San Rafael, CA 94912-8060 to receive written communication from Class Members, including correspondence, Claim Forms and Requests for Exclusion Forms.

10. As of October 18, 2013, Gilardi has received 30 timely requests for exclusion. Of those 30 that submitted the Request for Exclusion Form, 14 also submitted a timely Claim Form. Per the Settlement Agreement, those 14 that submitted both documents are considered invalid Requests for Exclusion and their Claim Forms will be honored A report detailing the remaining 16 requests for exclusion is attached hereto as Exhibit B.

11. As of October 18, 2013, Gilardi has received zero (0) objections to the settlement.

12. The postmark deadline for requesting exclusion was October 10, 2013.

13. The postmark deadline to submit an objection is on October 25, 2013.

### IV. CLAIM FORMS

14. As of October 18, 2013, Gilardi has received 373 timely unique Claim Forms and three (3) late Claim Forms. Of the 373 class members that have submitted timely Claim Forms,

3

DECLARATION OF MARKHAM SHERWOOD

the data indicates that 195 experienced canceled meal periods, and that those 195 Class Members experienced a total of 1,663 canceled meal periods. The postmark deadline for submitting claims was October 10, 2013.

### IV. ADMINISTRATION COSTS

15. Attached hereto as Exhibit C is a true and correct copy of the billing invoice and an estimate of costs that Gilardi will incur in administering this Settlement. Gilardi requests that $20,000.00 be reserved from the Settlement Amount for costs relating to the administration of the claims procedure and distribution of settlement amounts to Class Members.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 18, 2013.

_____
MARKHAM SHERWOOD