Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Blvd.
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
atreanor@harrisandruble.com

Attorneys for Plaintiff
COLLETTE MCDONALD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE MCDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and Does 1-100, inclusive,<br><br>Defendants. | Case No. EDCV 11-1946VAP(SPx)<br><br>**AMENDED DECLARATION OF MARKHAM SHERWOOD RE REPORT ON CLAIM FORMS AND EXCLUSIONS RECEIVED**<br><br>Assigned to the Honorable Virginia A. Phillips<br><br>Date: November 18, 2013<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br>3470 Twelfth Street<br>Riverside, CA 92501 |

I, Markham Sherwood, declare as follows:

1. I am a resident of the United States of America, and am over the age of 18. I am employed as a Case Manager for Gilardi & Co., LLC ("Gilardi"), the professional services provider that has been retained by the parties to serve as the Settlement Administrator for the settlement in the above referenced action. I am responsible for supervising the settlement services provided by Gilardi for this matter. The facts set forth herein are true of my own personal knowledge and I am informed and believe them to be true. If called as a witness, I could and

-1-

would competently testify thereto.

2.  I submit this declaration to amend my October 18, 2013 declaration which contained a typographical error regarding the number of class members that had cancelled meal periods and that submitted claims in this matter.

3.  On or before August 16, 2013, Gilardi received from Defendant's counsel a file containing 1,238 records with the names, addresses and the number of canceled meal periods of known Class Members in this matter. The data received by Gilardi indicates that of the 1,238 identified Class Members, the total number of Class Members that experienced canceled meal periods is 549, and the total number of canceled meal periods is 4,965.

4.  The postmark deadline for requesting exclusion was on October 10, 2013. As of November 14, 2013, Gilardi has received 30 timely requests for exclusion. Of those 30 that submitted the Request for Exclusion Form, 14 also submitted a timely Claim Form. Per the Settlement Agreement, those 14 that submitted both documents are considered invalid Requests for Exclusion and their Claim Forms will be honored.

5.  The postmark deadline to submit an objection was on October 25, 2013. As of November 14, 2013, Gilardi has received zero (0) objections to the settlement

6.  The postmark deadline for submitting claims was October 10, 2013. As stated in my October 18, 2013, Declaration, Gilardi had received 373 timely unique Claim Forms and three (3) late Claim Forms. As also stated in my October 18, 2013, Declaration, of the 373 class members who had submitted timely Claim Forms, 195 experienced a total of 1,663 canceled meal periods. The 195 figure was actually the number of Class Members who had not experienced canceled meals. The correct number of Class Members who did experience canceled meals is 178. The total number of canceled meals across these 178 remains correct. In other words, the 178 Class Members who submitted timely Claim Forms experienced a total of 1,663 canceled meals.

2

AMENDED DECLARATION OF MARKHAM SHERWOOD

7. As of November 14, 2013, Gilardi has received 374 timely and 12 late claim forms. Of the 386 class members that have submitted claim forms, the data indicates that 186 experienced canceled meal periods, and that those 186 Class Members experienced a total of 1,694 canceled meal periods.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 14, 2013.

MARKHAM SHERWOOD

AMENDED DECLARATION OF MARKHAM SHERWOOD