# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.    EDCV 11-1946VAP(SPx)    Date    November 18, 2013

Title    COLLETTE McDONALD, individually and on behalf of all others similarly situated -*v-* AIRPORT TERMINAL SERVICES, INC., and DOES 1-100, inclusive

Present: The Honorable    VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Marva Dillard | Phyllis Preston | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| D. ALAN HARRIS<br>DAVID ZELENSKI | AARON R. LUBELEY<br>SIMON L. YANG |

Proceedings:    PLAINTIFF'S MOTION FOR ATTORNEY FEES' AND REIMBURSEMENT OF COSTS, (ECF38);

PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL (ECF 44)

Court issues a tentative ruling, hears oral argument and takes the matters under submission.

-_____  :    5

Initials of Preparer    md