Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, California 90027
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
dzelenski@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
78-560 Via Bolero
La Quinta, California 92253
Telephone: (760) 564-3804
Facsimile: (760) 564-3807
jpdorigan@aol.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLETTE McDONALD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., and DOES 1–100, inclusive,<br><br>Defendants. | Case No. EDCV 11-01946 VAP (SPx)<br><br>**NOTICE OF LODGING PROPOSED JUDGMENT OF DISMISSAL**<br><br>*Assigned to Hon. Virginia A. Phillips* |

1     **PLEASE TAKE NOTICE** that Plaintiff Collette McDonald is lodging herewith a Proposed Judgment in the above-captioned action. A copy of the Proposed Judgment is attached hereto.

Dated: November 27, 2013         HARRIS & RUBLE
                                              LAW OFFICES OF JOHN P. DORIGAN

                                              /s/ *David Zelenski*
                                              Alan Harris
                                              David Zelenski
                                              John P. Dorigan
                                              *Attorneys for Plaintiff*